IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of sixty (60) days, from February 13, 2007, to and including April 14, 2007, within which to answer or otherwise respond to the complaint filed in this matter. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney only received partial administrative files pertaining to the defense of this federal tax case on February 1, 2007, and has yet to receive complete administrative files or the Internal Revenue Service's defense recommendation. Without the views of the IRS and the complete administrative file, defendant cannot frame meaningful responses to the allegations in the complaint or determine whether any

jurisdictional matters or affirmative defenses should be raised in the answer. As further reason for its motion, defendant states that the undersigned trial attorney will be out of the office for training from February 6, 2007 to February 15, 2007.

Defendant's counsel spoke with plaintiff's counsel by telephone on January 30, 2007, and counsel stated that plaintiff has no objection to the requested enlargement.

Respectfully submitted,

February 5, 2007

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

February 5, 2007

Of Counsel