IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF JOSEPH B. SYVERSON**

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiff's tax year 1998.

**Exhibit 2.** Letter from the IRS to plaintiff, dated February 16, 2001.

**Exhibit 3.** Plaintiff's individual income tax return (Form 1040) for tax year 1998, dated April 15, 2001, and received by the IRS on April 18, 2001.

**Exhibit 4.** Notice of Deficiency issued to plaintiff for the 1998 tax year, dated June 1, 2001.

**Exhibit 5.** Docket sheet in *Lawrence D. Pennoni v. Commissioner of Internal Revenue*, No. 9104-01 (U.S. Tax Ct.), as of March 16, 2007.

**Exhibit 6.** Petition filed by the plaintiff with the United States Tax Court in *Lawrence D. Pennoni v. Commissioner of Internal Revenue*, No. 9104-01 (U.S. Tax Ct.) on July 19, 2001.

**Exhibit 7.** Answer filed by the Commissioner of Internal Revenue in *Lawrence D. Pennoni v. Commissioner of Internal Revenue*, No. 9104-01 (U.S. Tax Ct.) on August 23, 2001.

**Exhibit 8.** Stipulation entered into by plaintiff and the Commissioner of Internal Revenue in *Lawrence D. Pennoni v. Commissioner of Internal Revenue*, No. 9104-01 (U.S. Tax Ct.), executed by the Commissioner of Internal Revenue on February 14, 2001.

4. The Department of Justice and IRS files for this case in my temporary custody do not contain any claim for refund of the amounts sought by plaintiff in this suit for the 1998 tax year.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 16, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508