# EXHIBIT No. 1



# United States Of America

**Department of the Treasury**
**Internal Revenue Service**

Date:  FEB 7 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification consisting of 8 pages ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Denise Bradley*

Kathleen Bushnell,
Field Director,
Submission Processing (Austin)

**EXHIBIT 1**

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 2 of 10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

LAWRENCE D PENNONI                         EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-01-2001 | SUBSTITUTE FOR RETURN 76210-032-00239-1 | | 0.00 | 02-19-2001 |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1999 | | | |
| 04-18-2001 | AMENDED RETURN FILED 18211-112-61303-1 | | | |
| 05-15-2001 | STATUTORY NOTICE OF DEFICIENCY | | | |
| 07-23-2001 | STATUTORY NOTICE OF DEFICIENCY CLOSED | | | |
| 10-11-2001 | LEGAL SUIT PENDING | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 49247-655-70038-2   00000008 | | 0.00 | 09-30-2002 |
| 09-30-2002 | RENUMBERED RETURN 49247-655-70038-2 | | | |
| 09-12-2002 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 04-15-1999 | WITHHOLDING CREDIT | | 75,000.00 | |
| | ADDITIONAL TAX ASSESSED 49254-667-07891-2   00000008 | | 0.00 | 10-14-2002 |

FORM 4340    (REV. 01-2002)            [ PAGE    1 ]

Exhibit 1 Page 3 of 10

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

LAWRENCE D PENNONI                              EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                      ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT         DATE (23C,
                                      (REVERSAL)      (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

08-13-2001  INTEREST DUE TAXPAYER                            0.78

04-15-1999  OVERPAYMENT CREDIT                         (3,494.12)
            TRANSFERRED
            1040        199912

04-15-1999  OVERPAYMENT CREDIT                            (17.73)
            TRANSFERRED
            1040        199912

10-14-2002  REFUND                                    (80,166.57)

10-14-2002  INTEREST DUE TAXPAYER                       8,677.64

            QUICK ASSESSMENT           72,960.00                      09-11-2002
            49251-254-13500-2    08

10-14-2002  INTEREST DUE TAXPAYER                      (8,677.64)
            REVERSED

03-03-2003  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-29-2003  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)              PAGE    2
```

Exhibit 1 Page 4 of 10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

LAWRENCE D PENNONI                          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-11-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-04-2003 | SUBSEQUENT PAYMENT LEVY | | 4,167.41 | |
| 08-25-2003 | SUBSEQUENT PAYMENT LEVY | | 2,921.98 | |
| 08-25-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 3,807.09 | |
| 09-02-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 4,167.41 | |
| 09-17-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 4,167.41 | |
| 10-06-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 4,167.41 | |
| 10-20-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 4,167.41 | |
| 11-03-2003 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 4,167.41 | |

FORM 4340   (REV. 01-2002)                     PAGE    3

Exhibit 1 Page 5 of 10

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

LAWRENCE D PENNONI                           EIN/SSN:  ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                     (REVERSAL)      (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------

11-17-2003 SUBSEQUENT PAYMENT                          4,167.41
           MISCELLANEOUS PAYMENT

12-05-2003 SUBSEQUENT PAYMENT                          4,167.41
           MISCELLANEOUS PAYMENT

01-19-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

12-22-2003 SUBSEQUENT PAYMENT                          5,862.58
           MISCELLANEOUS PAYMENT

01-08-2004 SUBSEQUENT PAYMENT                          4,167.41
           MISCELLANEOUS PAYMENT

01-18-2004 SUBSEQUENT PAYMENT                          3,781.12
           MISCELLANEOUS PAYMENT

03-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-05-2004 SUBSEQUENT PAYMENT                          5,208.14
           MISCELLANEOUS PAYMENT

04-09-2004 FEDERAL TAX LIEN

05-03-2004 FEES AND COLLECTION COSTS    22.00

FORM 4340  (REV. 01-2002)              PAGE    4
```

Exhibit 1 Page 6 of 10

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

LAWRENCE D PENNONI                          EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

04-14-2004  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-03-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

04-19-2004  SUBSEQUENT PAYMENT                             3,781.12
            MISCELLANEOUS PAYMENT

05-04-2004  SUBSEQUENT PAYMENT                             3,781.12
            MISCELLANEOUS PAYMENT

05-17-2004  SUBSEQUENT PAYMENT                             3,781.12
            MISCELLANEOUS PAYMENT

06-14-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-19-2004  INSTALLMENT AGREEMENT

06-01-2004  SUBSEQUENT PAYMENT                             3,781.12
            MISCELLANEOUS PAYMENT

06-18-2004  SUBSEQUENT PAYMENT                             3,781.12
            MISCELLANEOUS PAYMENT

FORM 4340   (REV. 01-2002)                 PAGE    5
```

Exhibit 1 Page 7 of 10

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

LAWRENCE D PENNONI                         EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1998

                                     ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT        DATE (23C,
                                     (REVERSAL)      (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------

           ADDITIONAL TAX ASSESSED                     0.00         08-02-2004
           73254-594-05014-4  00000008

07-06-2004 SUBSEQUENT PAYMENT                          3,781.12
           MISCELLANEOUS PAYMENT

           FAILURE TO PAY TAX          114.68                       08-02-2004
           PENALTY
           00000008

07-19-2004 SUBSEQUENT PAYMENT                          3,781.12
           MISCELLANEOUS PAYMENT

           FAILURE TO PAY TAX          3,781.12                     08-09-2004
           PENALTY
           00000008

08-02-2004 SUBSEQUENT PAYMENT                          3,781.12
           MISCELLANEOUS PAYMENT

           FAILURE TO PAY TAX          3,781.12                     08-23-2004
           PENALTY
           00000008

08-17-2004 SUBSEQUENT PAYMENT                          3,781.12
           MISCELLANEOUS PAYMENT

FORM 4340  (REV. 01-2002)             PAGE    6
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

LAWRENCE D PENNONI                              EIN/SSN:   [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

           INTEREST ASSESSED                             2,364.68      09-06-2004
           00000008

           FAILURE TO PAY TAX                            1,416.44      09-06-2004
           PENALTY
           00000008

09-02-2004 SUBSEQUENT PAYMENT                                          3,781.12
           MISCELLANEOUS PAYMENT

           INTEREST ASSESSED                             3,313.37      09-27-2004
           00000008

09-27-2004 REFUND                                                      (468.36)

09-27-2004 INTEREST DUE TAXPAYER                                       0.61

09-27-2004 REVERSES ACTIVE
           INSTALLMENT AGREEMENT

09-17-2004 FEDERAL TAX LIEN RELEASED

12-14-2006 RECEIVED POA/TIA

09-11-2002 Statutory Notice of Balance Due

11-25-2002 Notice of Balance Due

12-30-2002 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE      7
```

Exhibit 1 Page 9 of 10

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

LAWRENCE D PENNONI                              EIN/SSN:  ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998
------------------------------------------------------------------------------


BALANCE              0.00

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Jacqueline Peques
PRINT NAME: _____Jacqueline Peques_____
TITLE: _____Manager of Special Services Unit_____
                    198 (Rev.5)
DELEGATION ORDER: _____

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/29/2007

FORM 4340  (REV. 01-2002)                      PAGE    8
```

Exhibit 1 Page 10 of 10