# EXHIBIT
# No. 3

1821111261303-1

# Form 1040 — Department of the Treasury—Internal Revenue Service — U.S. Individual Income Tax Return 1998

(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1998, or other tax year beginning , 1998, ending , 19 — OMB No. 1545-0074

## Label

(See instructions on page 18.)

Use the IRS label. Otherwise, please print or type.

LABEL HERE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Lawrence D. | Dennani | 376:68:3244 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 18. | Apt. no. | **IMPORTANT!** You **must** enter your SSN(s) above. |
| 17807 Mahogany Dr | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. | | |
| Spring TX 77388 | | |

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note: *Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

Check only one box.

1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. [X] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.

b [ ] **Spouse**

No. of boxes checked on 6a and 6b: 1

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| Christopher Clash | 638 20 5207 | Foster Child | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than six dependents, see page 19.

No. of your children on 6c who: • lived with you ___ • did not live with you due to divorce or separation (see page 19) ___ Dependents on 6c not entered above ___

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 1

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 247,072 02 |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 567 25 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | (729 72) |
| 15a | Total IRA distributions — 15a; b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities — 16a; b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount—see page 24 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 246,909 55 |

RECEIVED 150 041 801 AUSTIN, TEXAS IRS-AUSC

DO NOT PROCESS PHOTO COPY A.U.S.C.

## Adjusted Gross Income

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see page 25) | 23 | |
| 24 | Student loan interest deduction (see page 27) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 246,909 55 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.** Cat. No. 11320B Form **1040** (1998)

EXHIBIT 3

Form 1040 (1998) Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | 246,909 55 |
| 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | |
| 36 | Enter the **larger** of your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 6,250 00 |
| 37 | Subtract line 36 from line 34 | | 240,659 55 |
| 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | | 1458 — |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 239,201 55 |
| 40 | **Tax.** See page 30. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | | 71,968 06 |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 43 | Child tax credit (see page 31) | | |
| 44 | Education credits. Attach Form 8863 | | |
| 45 | Adoption credit. Attach Form 8839 | | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 3 36 | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | | |
| 48 | Add lines 41 through 47. These are your **total credits** | | 3 36 |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- | | ~~71,964~~ 70 / 71,964 70 |

Standard Deduction for Most People — Single: $4,250; Head of household: $6,250; Married filing jointly or Qualifying widow(er): $7,100; Married filing separately: $3,550

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | | |
| 51 | Alternative minimum tax. Attach Form 6251 | | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | |
| 54 | Advance earned income credit payments from Form(s) W-2 | | |
| 55 | Household employment taxes. Attach Schedule H | | |
| 56 | Add lines 49 through 55. This is your **total tax** | | 71,964 70 |

## Payments

Attach Forms W-2 and W-2G on the front. Also attach Form 1099-R if tax was withheld.

| Line | Description | | Amount |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 75,000 00 | |
| 58 | 1998 estimated tax payments and amount applied from 1997 return | | |
| 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child b Nontaxable earned income: amount ▶ and type ▶ | | |
| 60 | Additional child tax credit. Attach Form 8812 | | |
| 61 | Amount paid with Form 4868 (request for extension) | | |
| 62 | Excess social security and RRTA tax withheld (see page 43) | | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** | | 75,000 00 |

DO NOT PROCESS PHOTO COPY A.U.S.C.

## Refund

Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d.

| Line | Description | | Amount |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | | 3,035 33 |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | | |
| b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number | | |
| 67 | Amount of line 65 you want **APPLIED TO YOUR 1999 ESTIMATED TAX** ▶ | 3,035 33 | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 44 ▶ | | |
| 69 | Estimated tax penalty. Also include on line 68 | | |

## Sign Here

Joint return? See page 18. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signature] Date: 4/15/01 Your occupation: Attorney

Daytime telephone number (optional) ( )

Spouse's signature. If a joint return, BOTH must sign. Date Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ▶ Date Check if self-employed ☐ Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ EIN ZIP code

Schedules A&B (Form 1040) 1998 OMB No. 1545-0074 Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.
Lawrence D. Pennoni

Your social security number
376 68 3244

# Schedule B—Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

(See pages 20 and B-1.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**Note:** *If you had over $400 in taxable interest income, you must also complete Part III.*

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ Mutual Fund Dividends | 1 | 567 25 |
| 2 | Add the amounts on line 1 | 2 | |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | |

**Part II Ordinary Dividends**

(See pages 21 and B-1.)

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**Note:** *If you had over $400 in ordinary dividends, you must also complete Part III.*

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. Report any capital gain distributions on Schedule D, line 13 ▶ | 5 | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | |

**Part III Foreign Accounts and Trusts**

(See page B-2.)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 1998, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 8 | During 1998, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule B (Form 1040) 1998**

SCHEDULE D (Form 1040) | OMB No. 1545-0074 | 1998

▶ Attach to Form 1040. ▶ See instructions for Schedule D (Form 1040).

Name(s) shown on Form 1040: Lawrence D Pennoni | Your social security number: 376 68 3294

**Part I Short-Term Capital Gains and Losses—Assets Held One Year or Less**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 2.65 sh. Fid Ad Eq Gr | unknown | 7/6/98 | 6.88 | 0 | 6.88 |
| 18.21 sh Fid Ad Eq Gr | " | " | 39.38 | 0 | 39.38 |
| 962+ shs. Alliance Intl Prem Gr. | 5/12/98 | 10/1/98 | 7597.09 | 10,000.00 | (2402.91) |
| 263 sh Aim Value | 12/16/97 | 12/15/98 | 9,690.60 | 9358.80 | 331.80 |

2 Enter your short-term totals, if any, from ... (2024.85)

3 Total short-term sales price amounts ... 17333.95

4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 ... 4

5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ... 5

6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1997 Capital Loss Carryover Worksheet ... 6 ( )

7 ... column (f) ▶ 7 (2024.85)

**Part II Long-Term Capital Gains and Losses—Assets Held More Than One Year**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6) | (e) Cost or other basis (see page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * |
|---|---|---|---|---|---|---|
| 8 318 sh. Aim Constell | 12/15/97 | 12/15/98 | 8407.04 | 9117.34 | (710.30) | |

9 ... Schedule D-1, line 9 ... 9

10 Total long-term sales price amounts. Add column (d) of lines 8 and 9 ... 10

11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 ... 11

12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ...

13 ... 2005.43

14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, ... ( ) ( )

15 Combine lines 8 through 14 in column (g) ... 15

16 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). ▶ 16 1295.13

*28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain

For Paperwork Reduction Act Notice, see Form 1040 instructions. Cat. No. 11338H Schedule D (Form 1040) 1998

Schedule D (Form 1040) 1998 Page 2

**Part III Summary of Parts I and II**

| | | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | (2729) 727 |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if: | | |
| | • Both lines 16 and 17 are gains, **and** | | |
| | • Form 1040, line 39, is more than zero. | | |
| | • The loss on line 17; **or** | 18 | (729) 727 |
| | **Next:** Complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if: | | |
| | • Form 1040, line 37, is a loss. | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | | | |
| 25 | Enter your unrecaptured section 1250 gain, if any (see page D-7) | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | |
| 29 | Enter the **smaller** of: • The amount on line 19, **or** • $25,350 if single; $42,350 if married filing jointly or qualifying widow(er); $21,175 if married filing separately; or $33,950 if head of household | | | 29 | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | | | 31 | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | |
| 34 | Enter the amount from line 29 | | | 34 | |
| 35 | Enter the amount from line 28 | | | 35 | |
| 38 | Enter the **smaller** of line 19 or line 27 | | | 38 | |
| 40 | Subtract line 39 from line 38 | | | 40 | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | |
| 42 | Enter the **smaller** of line 22 or line 25 | | | 42 | |
| 43 | Add lines 22 and 32 | 43 | | | |
| 44 | Enter the amount from line 19 | 44 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | | 46 | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| 49 | Add lines 32, 36, 40, and 46 | | | 49 | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | |
| 54 | Tax on all taxable income (including capital gains). Enter the smaller of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | |