# EXHIBIT 4

Exhibit 4 Page 1 of 5

```
                    P 914 043 398           1874200000 ASFR

Department of the Treasury                  Letter Number: 3219(SC/CG)
Internal Revenue Service                    Letter Date: June 01, 2001
Austin, TX  78767                           Ta▓▓▓▓▓▓tification Number:
                                            ▓▓▓▓▓▓▓

                                            Tax Form: 1040
                                            Tax Year Ended and Deficiency
                                            DEC. 31, 1998 ****86,316.00
LAWRENCE D PENNONI                          Contact Person:
5818 CARTEGENA                              Service Representative
HOUSTON, TX 77035-2512189                   Contact Telephone Number:
                                            800-829-6743
                                            Hours to Call:
                                            Between 8:00 AM and  2:00 PM
                                            (A toll free number)
                                            Last Date to Petition Tax Court:
                                            August 30, 2001

                                    Penalties/Additions to Tax
                        SEC. 6651(a)(1) IRC             $2,546.10
                        SEC. 6651(a)(2) IRC             $1,301.34
                        SEC. 6654(a)    IRC               $135.35
```

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the Last Date to Petition Tax Court (90 days from the date of this letter or 150 days if the letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the tax court. You should file the petition with the United States Tax Court, 400 Second Sreet NW, Washington D.C. 20217. Attach a copy of this letter to the petition.

The time in which you must file a petition with the Court (90 or 150 days as the case may be) is fixed by law and the Court cannot consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

                    (Reprinted on 07/23/2001)

EXHIBIT 4

Exhibit 4 Page 2 of 5

If you decide not to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have any questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (512) 460-8300 or writing to:

> AUSTIN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. Box 934, Stop 1005-AUSC
> Austin, TX 78767

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

> Sincerely Yours,
>
> Commissioner
> By
>
>
> R. Auby
> FIELD DIRECTOR,
> COMPLIANCE SERVICES, AUSTIN

Enclosures
Copy of this letter
Waiver
Envelope

(Reprinted on 07/23/2001)

Exhibit 4 Page 3 of 5

```
                    Department of the Treasury  Internal Revenue Service    Symbols
FORM 5564                                                                ASFR/AUSTIN
                              NOTICE OF DEFICIENCY - WAIVER                1874200000
```

Name and Address of Taxpayer                              Date: 06/01/2001

LAWRENCE D PENNONI                       Social Security Number: ███
5818 CARTEGENA
HOUSTON, TX 77035-2512189

Kind of Tax

INDIVIDUAL INCOME

```
                   |                    DEFICIENCY
                   |------------------------------------------------------
Tax Year Ended     |
December 31, 1998  |  Increase in Tax         $86,316.00    Penalties
                   
                         Failure-to-File Penalty   IRC 6651(a)(1)    $2,546.10
                         Failure-to-Pay Penalty    IRC 6651(a)(2)    $1,301.34
                         Estimated Tax Penalty     IRC 6654(a)         $135.35
```

    I consent to the immediate assessment and collection of the deficiency (increase in tax and penalties) shown above, plus any interest.  Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

    I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

Signature                                                        Date


Signature   By                          Title                    Date


Note: If you consent to the assessment of the deficiency shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you.  Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor

Exhibit 4 Page 4 of 5

extend the time provided by law for either action.

    If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

    If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

---

If you agree, please sign and return this form; keep one copy for your records.

---

(Reprinted on 07/23/2001)

Exhibit 4 Page 5 of 5