# EXHIBIT 6

## IN THE UNITED STATES TAX COURT

| | | |
|---|---|---|
| LAWRENCE D. PENNONI, | § | |
| Petitioner, | § | |
| VS. | § | DOCKET NO. 9104-01 |
| COMMISSIONER OF INTERNAL REVENUE, | § | |
| Respondent. | § | |

POSTMARK DATE _____
POSTMETER DATE 7/16/01
HAND-DELIVERED _____
PDS _____

### PETITION

Petitioner hereby petitions for a redetermination of the deficiencies set forth in the Notice of Deficiency [3219(SC/CG)] dated June 1, 2001, for the taxable year ending December 31, 1998, and as the basis of his case alleges as follows:

1. Petitioner is an individual with his residence at 17807 Mantana Drive, Spring, Texas 77388. Petitioner's social security number is ███-██-244. The return for the period involved was filed with the Internal Revenue Service Center at Austin, Texas.

2. The Notice of Deficiency was mailed to Petitioner on June 6, 2001, and was issued by the District Director in Austin, Texas. A copy of the Notice is attached to this Petition as Exhibit "A".

3. The deficiency as determined by the Commissioner is in tax in the amount of either $86,316 or $11,316.00, and in penalties in the total amount of $3,982.79, all of which is in dispute.

4. In the statutory notice, Respondent erred in the following particulars:

   a. In determining that there is a deficiency in income tax in the amount of either $86,316 or $11,316.00, or in any lesser amount;

**EXHIBIT 6**

Petition - Page 1

Exhibit 6 Page 2 of 4

b. In determining that a failure to file penalty under I.R.C. § 6651(a)(1) is appropriate in the amount of $2,546.10, or in any lesser amount;

c. In determining that a failure to pay penalty under I.R.C. § 6651(a)(2) is appropriate in the amount of $1,301.34 or in any lesser amount;

d. In determining that an estimated tax penalty under I.R.C. § 6654(a) is appropriate in the amount of $135.35 or in any lesser amount;

e. In determining a computational adjustment to the standard deduction; and

f. In determining a computational adjustment to the personal exemptions.

5. The facts supporting Petitioner's case are as follows:

a. There is no deficiency in income tax for the 1998 year;

b. No penalties are owed for the 1998 year because Petitioner fully paid all taxes due on or before the due date of his return;

c. Petitioner's return for the 1998 year shows that Petitioner had over paid taxes in the amount of $3,053.33, which he elected be applied to his 1994 estimated taxes.

d. No computational adjustment to the standard deduction is required;

d. No computational adjustment to the personal exemption is required;

f. No increase in self-employment tax is required;

6. Although to Notice of Deficiency states on its face that the deficiency amount is $86,316, the tax calculation summary shows that the proposed net tax deficiency was $11,316. Accordingly, Petitioner is entitled to have this case handled the Small Tax Case Procedure. Petitioner hereby requests under Rule 172 that this case be conducted under Code Section 7463.

7. Petitioner hereby designates Houston, Texas as the place of trial of this case.

Petition - Page 2

Exhibit 6 Page 3 of 4

8.  Petitioner's home address is 17807 Mantana Drive, Spring, Texas 77388 and Petitioner's telephone number is 281-376-9600.

WHEREFORE, Petitioner prays that the Court redetermine that there is no deficiency in tax; Petitioner prays for a confirmation of the carryover of the overpayment of $3,053.33 to his 1999 estimated taxes; Petitioner prays that this case be conducted as a small tax case under Code Section 7463; and Petitioner further prays for such other and further relief as is appropriate.

_____
LAWRENCE D. PENNONI, *Pro Se*

DATED: July 3, 2001