# EXHIBIT
# 7

COPY

Mailed to Tax Court AUG 22 2001

UNITED STATES TAX COURT

| | | |
|---|---|---|
| LAWRENCE D. PENNONI, Petitioner, | ) | |
| v. | ) | Docket No. 9104-01 |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

**ANSWER**

THE RESPONDENT, in answer to the petition filed in the above-entitled case, admits, denies and alleges as follows:

1. First and second sentences. Admits. Third sentence. Denies and alleges that on April 18, 2001, petitioner submitted a 1998 tax return to the Austin Internal Revenue Service Center, which was not processed.

2. Admits, except alleges the notice of deficiency was issued by the Field Director of Compliance Services in Austin, Texas.

3. Admits, and alleges the deficiency in income tax is in the amount of $86,316.00 and additions to tax under the provisions of I.R.C. §§ 6651(a)(1), 6651(a)(2), and 6654 in_the amounts of $2,546.10, $1,301.34, and $135.35, respectively, all of which is in dispute.

4. a. through f. Denies the respondent erred.

5. a. Denies.

b. Denies for lack of sufficient information.

EXHIBIT 7

c. Denies for lack of sufficient information that petitioner is entitled to an overpayment, denies petitioner elected his overpayment be applied to his 1994 estimated taxes, and alleges petitioner elected on his 1998 submitted tax return that his overpayment be applied to his 1999 estimated taxes.

First and second sentences under 5. marked d. and d. Denies for lack of sufficient information.

f. Denies for lack of sufficient information.

6. Denies and alleges that because no tax return has been filed and no tax has been assessed for the taxable year 1998, the deficiency in income tax is in the amount of $86,316.00, which exceeds the monetary limit imposed on small tax cases. See I.R.C. §§ 7463 and 6211(b)(1).

7. and 8. Admits.

9. Denies generally each and every allegation of the petition not herein specifically admitted, qualified or denied.

WHEREFORE, it is prayed that the relief sought in the petition be denied and that Respondent's determination, as set forth in the notice of deficiency, be in all respects approved.

RICHARD W. SKILLMAN
Acting Chief Counsel
Internal Revenue Service

Date: 8/22/01

By: Thomas L. Fenner
THOMAS L. FENNER
Acting Associate Area Counsel
(SB/SE)
Tax Court Bar No. FT0168
8701 S. Gessner, Suite 710
Houston, Texas 77074
Telephone: (281) 721-7300

OF COUNSEL:
KEVIN M. BROWN
Division Counsel
(Small Business/Self-Employed)
GARY A. BENFORD
Area Counsel
(Small Business/Self-Employed:Area 6)
MARILYN S. AMES
Associate Area Counsel
(SB/SE)

Docket No. 9104-01

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing ANSWER was served on petitioner by mailing the same on AUG 22 2001 in a postage paid wrapper addressed as follows:

Lawrence D. Pennoni
17807 Mantana Drive
Spring, Texas 77388

Date: 8/22/01

THOMAS L. FENNER
Acting Associate Area Counsel
(SB/SE)
Tax Court Bar No. FT0168