# EXHIBIT
# 8

COPY Mailed to Tax Court FEB 14 2002

**UNITED STATES TAX COURT**

| | | |
|---|---|---|
| LAWRENCE D. PENNONI, | ) | |
| Petitioner, | ) | |
| v. | ) | Docket No. 9104-01 |
| COMMISSIONER OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

**STIPULATION**

It is hereby stipulated that the following statement shows the petitioner's income tax liability for the taxable year 1998:

| | |
|---|---|
| Tax Liability | $72,199.00 |
| Tax Liability Reported on Return | 0.00 |
| Statutory Deficiency | $72,199.00 |
| Tax Paid, April 15, 1999 | $75,000.00 |
| Tax Liability | 72,199.00 |
| Overpayment | $2,801.00 |

I.R.C. §§ 6512(b)(3)(B) and 6511(b)(2)(C)
Return filed April 18, 2001
Claim filed April 18, 2001 (in return)
No agreements executed
Deficiency notice mailed June 1, 2001

It is further stipulated that there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(1).

It is further stipulated that there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(2).

It is further stipulated that there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6654.

EXHIBIT 8

It is further stipulated that interest will be credited or paid as provided by law on any overpayment in tax due to petitioner.

It is further stipulated that, effective upon the entry of this decision by the Court, petitioner waives the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court becomes final.

RICHARD W. SKILLMAN
Acting Chief Counsel
Internal Revenue Service

By: /s/ Marilyn S. Ames

LAWRENCE D. PENNONI
Petitioner
17807 Mantana Drive
Spring, Texas 77388
Telephone: (281) 376-9600

MARILYN S. AMES
Associate Area Counsel
(SB/SE)
Tax Court Bar No. AM0096
8701 S. Gessner, Suite 710
Houston, Texas 77074
Telephone: (281) 721-7300

Date: 2-11-02

Date: FEB 14 2002

 admin

COPY Mailed to Tax Court FEB 1 4 2002

**UNITED STATES TAX COURT**

| | | |
|---|---|---|
| LAWRENCE D. PENNONI, Petitioner, | ) | |
| v. | ) | Docket No. 9104-01 |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

**DECISION**

Pursuant to the stipulation of the parties in this case, and incorporating herein the facts stipulated by the parties as the findings of the Court, it is

ORDERED AND DECIDED: That there is a statutory deficiency in income tax due from the petitioner for the taxable year 1998 in the amount of $72,199.00 and that there is an overpayment in income tax for the taxable year 1998 in the amount of $2,801.00, which amount was paid on April 15, 1999, and for which amount a claim for refund was filed on April 18, 2001, which was within the period provided by I.R.C. § 6511(b)(2), and which claim had not been disallowed before the date of the mailing of the notice of deficiency;

That there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(1);

That there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(2); and

That there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6654.

Judge.

Entered:

* * * * *

It is hereby stipulated that the Court may enter the foregoing decision in this case in accordance with the stipulation of the parties submitted herewith.

It is further stipulated that interest will be credited or paid as provided by law on any overpayment in tax due to petitioner.

It is further stipulated that, effective upon the entry of this decision by the Court, petitioner waives the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court becomes final.

RICHARD W. SKILLMAN
Acting Chief Counsel
Internal Revenue Service

[signature]
LAWRENCE D. PENNONI
Petitioner
17807 Mantana Drive
Spring, Texas 77388
Telephone: (281) 376-9600

By: /s/ Marilyn S. Ames
MARILYN S. AMES
Associate Area Counsel
(SB/SE)
Tax Court Bar No. AM0096
8701 S. Gessner, Suite 710
Houston, Texas 77074
Telephone: (281) 721-7300

Date: 2-11-02

Date: FEB 14 2002