IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF LAWRENCE D. PENNONI**

I, Lawrence D. Pennoni, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the Plaintiff in the above-captioned case.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit 1.** Letter from Dennis Quinn, an appeals officer from the Appeals Division of the Internal Revenue Service ("IRS"), to Plaintiff dated October 24, 2001.

**Exhibit 2.** Letter from Dennis Quinn, Appeals Officer, to Plaintiff dated November 1, 2001.

**Exhibit 3.** Notice of Intent to Levy issued to Plaintiff for the 1998 tax year dated December 30, 2002.

**Exhibit 4.** Final Notice of Intent to Levy issued to Plaintiff for the 1998 tax year dated May 29, 2003.

**Exhibit 5.** Notice of Levy issued to Wells Fargo Bank concerning Plaintiff's 1998 tax year dated July 22, 2003.

**Exhibit 6.** Notice of Levy issued to Continental Casing Corporation concerning Plaintiff's 1998 tax year dated July 22, 2003.

**Exhibit 7.** Facsimile from Plaintiff to IRS-Memphis dated September 9, 2003 along with accompanying documents.

**Exhibit 8.** Notice of Levy issued to Wells Fargo Bank concerning Plaintiff's 1998 tax year dated October 30, 2003.

**Exhibit 9.** Notice of Levy issued to Continental Casing Corporation concerning Plaintiff's 1998 tax year dated October 30, 2003.

**Exhibit 10.** Letter from the IRS to Plaintiff dated November 12, 2003.

**Exhibit 11.** Letter from the IRS to Plaintiff dated November 14, 2003.

**Exhibit 12.** Reminder Notice issued to Plaintiff from the IRS for the 1998 tax year dated December 13, 2003.

3. As to any alleged underpayment of my 1998 tax liability created by the erroneous refund issued to me from the IRS on October 14, 2002, the IRS did not send me a notice of deficiency under Internal Revenue Code § 6212 or a notice of assessment and demand for tax under Internal Revenue Code §§ 6203 and 6303 nor did the IRS file suit under Internal Revenue Code § 7405(b) for the return of the erroneous refund.

4. Exhibit 7 above was a demand to the IRS to cease its wrongful conduct in levying on my bank account and garnishing my wages and for the return of monies taken from me as a result of the IRS' unlawful activity.

5. I did not enter into an installment agreement with the IRS on May 19, 2004 (or any other date) to repay any alleged outstanding tax balance with regard to my 1998 tax year. My 1998 tax liability was paid in full through federal income tax withholding credits deemed paid by the IRS as of April 15, 1999.

6. I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 17, 2007, in Spring, Texas.

LAWRENCE D. PENNONI, Plaintiff