# EXHIBIT 2

**Internal Revenue Service**
Appeals Office
8701 South Gessner, Suite 750
STOP 8000 HAL
Houston, TX 77074-2942

**Department of the Treasury**
Small Business/Self-Employed

**Person to Contact:**
Dennis A. Quinn
Employee ID Number: 76-43501
Tel: 281-721-7239
Fax: 281-721-7220
**Refer Reply to:**
AP:SB:HOU:DAQ
**In Re:**
Income
**Tax Period(s) Ended:**
12/1998

Date: November 1, 2001

Lawrence D Pennoni
17807 Mantana Dr
Spring, TX 77388

Dear Mr. Pennoni:

Attached here are the Appeals calculations on your case.

You filed your 1998 tax return in April of 2001. The original audit report was sent to you on February 16, 2001.Since at that time, there was no filed return by you,all adjustments for income, etc were, in essence, the 1998 return for you.

The first sheet here shows the amounts per your April-filed return and those amounts found on the IRP information on your account for 1998. IRP stands for Information Returns Program. This is basically a record of all amounts of income paid to you(W-2, intertest, dividends, etc) by the payors.

Appeals noted a differeence bewteen your return and the audit report as far as income goes. Appeals noted that four items(the $2594.00 total there) were not reported on your tax return.

The next pages attached are the re-calculations, and the attempts to reconcile all amounts. This new report in essence uses the IRP data and your return to try to create the correct return--from scratch as it were.

Please review this material and let me know specifically with what you are in disagreement.

Please respond by November 16, 2001.

Sincerely,

Dennis A. Quinn
Appeals Officer

**Exhibit 2 Page 2 of 2**