# EXHIBIT 4

 WI

Department of the Treasury
Internal Revenue Service
INTERNAL REVENUE SERVICE - ACS
P.O. BOX 24017
FRESNO, CA. 93779

Date:
MAY 29, 2003

Taxpayer Identification Number:
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 A 00

7103 7872 8500 3079 6243

Caller ID: 278004

Contact Telephone Number:

TOLL FREE: 1-800-829-7650
MON-FRI: 8:00AM-8:00PM

LAWRENCE D PENNONI
17807 MANTANA DR
SPRING TX 77388-5047074

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:

- Pay the full amount you owe, shown on the back of this letter. When doing so,
  - Please make your check or money order payable to the United States Treasury;
  - Write your social security number and the tax year or employer identification number and the tax period on your payment; and enclose a copy of this letter with your payment.
- Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
- Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope

*376683244103*

Automated Collection System



Letter 1058 (Rev. 05-2002)(LT-11)

If you want a detailed explanation of the statutory additions (penalties and interest), please call the telephone number shown on the front of this letter.

**Account Summary** LAWRENCE D PENNONI 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

| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 81,637.64 | $ 8,246.42 | $ 89,884.06 |
| | | | Total Amount Due | $ 89,884.06 |

| Type of Tax | Period Ending | Name of Return |
|---|---|---|