# EXHIBIT 6

Form 668-W(c) (Rev. January 2001) | Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 07/22/2003

IRS ADDRESS:
FRESNO INTERNAL REVENUE SERVICE-ACS
P.O. BOX 24017
FRESNO, CA 93779-4017

TELEPHONE NUMBER OF IRS OFFICE: TOLL FREE 1-800-829-7650
WI

SEQNUM 00212

TO: P 74-1904583 DPC05

CONTINENTAL CASING CORPORATION
18334 STUEBNER AIRLINE
SPRING TX 77379-5466340

NAME AND ADDRESS OF TAXPAYER:

LAWRENCE D PENNONI
17807 MANTANA DR
SPRING TX 77388-5047074

IDENTIFYING NUMBER(S): 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
PENN A 00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 81,637.64 | $ 10,278.95 | $ 91,916.59 |

Total Amount Due ▶ $ 91,916.59

We figured the interest and late payment penalty to 08-14-2003

**Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part 5)**

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☒ Head of Household; or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: ________ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name *(Last, first, middle initial)* | Relationship *(Husband, wife, son, daughter, etc.)* | Social Security Number |
|---|---|---|
| Christopher Closby | Foster Child | 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 |
| | | |
| | | |
| | | |

Taxpayer's signature [signature] | Date

Part 4 - FOR EMPLOYER OR OTHER ADDRESSEE TO KEEP AFTER TAXPAYER COMPLETES FORM 668-W(c) (Rev.1-01) 16748F