# EXHIBIT 9

Form 668-W(c)
(Rev. January 2001)

Department of the Treasury -- Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 10/30/2003

IRS ADDRESS:
FRESNO INTERNAL REVENUE SERVICE-ACS
P.O. BOX 24017
FRESNO, CA 93779-4017

TELEPHONE NUMBER OF IRS OFFICE: TOLL FREE 1-800-829-7650
SEQNUM 00162
WI

NAME AND ADDRESS OF TAXPAYER:

TO: P 74-1904583 DPC05

CONTINENTAL CASING CORPORATION
18334 STUEBNER AIRLINE
SPRING TX 77379-5466340

LAWRENCE D PENNONI
17807 MANTANA DR
SPRING TX 77388-5047074

IDENTIFYING NUMBER(S): 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
PENN A 00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 58,238.93 | $ 12,757.99 | $ 70,996.92 |

Total Amount Due ▶ $ 70,996.92

We figured the interest and late payment penalty to 11-27-2003.

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment (cash, cashier's check,** certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for instructions.**

Signature of Service Representative: Susan Meredith

Title: Operations Manager, Collection