# EXHIBIT 10

**Internal Revenue Service**
Appeals Office
8701 South Gessner, Suite 750
STOP 8000 HAL
Houston, TX 77074-2942

**Department of the Treasury**

**Person to Contact:**
Dennis A. Quinn
Employee ID Number: 76-43501
Tel: 281-721-7239
Fax: 281-721-7220
**Refer Reply to:**
AP:FW:HOU:DAQ
**In Re:**
Income
**Tax Period(s) Ended:**
12/1998

Date: November 12, 2003

LAWRENCE D PENNONI
17807 MANTANA DRIVE
SPRING TX 77388

Dear Mr. Pennoni:

This letter is our acknowledgement that we received your case for consideration in our Houston Appeals Office on October 28, 2003.

In this letter we will explain who we are, what we do, how we do it, who you can talk to, and what you can expect.

Who We Are, What We Do, and How We Review Your Case
Appeals is separate from - and independent of - the division of the Internal Revenue Service proposing the action you disagree with. What we do is review and resolve disputes. We do this in a fair and impartial manner by using the law and judicial decisions to weigh the facts. We conduct our reviews by: (1) telephone, (2) mail, and/or (3) personal interviews.

What You Can Expect
We will make every attempt to contact you as quickly as possible. You can expect the "Person to Contact" listed above to consider the facts in your case and try to resolve the dispute. This person may also ask for additional information to specifically explain or support the information in your file.

If our office determines that you owe the IRS, the law requires a charge for interest until you pay the amount you owe in full.

What You Can Do
- Respond quickly if asked to send additional information,
- If you wish to stop or reduce interest on part or all of the proposed balance due, you can make payments to the address listed above toward the tax or post a cash bond,
- Contact the "Person to Contact" listed above with any questions about the appeals process or how you can prepare for your hearing, and
- Research our website at www.irs.gov/appeals for more information.

Sincerely,

James M. Stryker

James M. Stryker
Appeals Team Manager

Enclosures:
Orientation to the Appeals Process
Notice 1016
Appeals Road Map

# THE APPEALS PROCESS

Welcome to Appeals.

An Appeals Officer will review the strengths and weaknesses of each issue in your case and give it a "fresh look." These reviews are conducted in an informal manner either by correspondence, telephone, or in a personal conference. Most differences are settled without expensive and time-consuming court trials. Our goal is to provide a forum for us to work together to resolve your case.

First, the Appeals Officer will review the file to get an understanding of each issue. If additional information is needed to resolve an issue, you will be asked to provide it. If an issue involves a legal question, the Appeals Officer will study and explain the applicable tax and case law.

Second, depending on the issue, the Appeals Officer will recommend the type of conference needed – normally on a first in, first out basis. Every taxpayer assigned to our office will be afforded the opportunity to speak with an Appeals Officer to discuss and resolve his or her case.

Third, during or immediately after the conference, the Appeals Officer will evaluate the strengths and weaknesses of each issue. You will have an opportunity to respond, and in some cases you may be requested to make a recommendation on how the issue should be resolved. If agreement is not reached, the Appeals Officer will explain your options.

Our commitment to you is that we will:

- **Explain** your appeal rights and the Appeals process.
- **Listen** to your concerns.
- Be **courteous and professional.**
- Be **responsive** (and allow you a reasonable period of time to respond to any requests for information.)
- Be **fair and impartial.**
- Be **knowledgeable** of the facts and pertinent law involved in your case.

**Here is what is expected of you:**

- Your cooperation is essential to the Appeals process.
- If there is insufficient time remaining on the statute of limitations, we will solicit your agreement to an extension.
- The Appeals Officer may need to request additional information and/or documentation. You will need to respond by the agreed upon date or tell the Appeals Officer when you will be able to respond.
- You should be prepared to resolve your case at the first conference. Upon resolution, if there is an amount due, you will be asked to pay the tax, interest, and any applicable penalties. If you are unable to pay in full, the Appeals Officer will explain other payment options.

If you have any questions and/or problems, please contact the Appeals Officer assigned to your case.

*The Appeals Mission is to resolve tax controversies, without litigation, on a basis which is fair and impartial to both the government and the taxpayer in a manner that will enhance voluntary compliance and public confidence in the integrity and efficiency of the service.*

# YOUR APPEALS ROADMAP




Exhibit 10 Page 4 of 4