# EXHIBIT 11

**Internal Revenue Service**
Appeals Office
8701 South Gessner, Suite 750
STOP 8000 HAL
Houston, TX 77074-2942

Date: November 14, 2003

LAWRENCE D PENNONI
17807 MANTANA DRIVE
SPRING TX 77388

**Department of the Treasury**

**Person to Contact:**
Dennis A. Quinn
Employee ID Number: 76-43501
Tel: 281-721-7239
Fax: 281-721-7220

**Refer Reply to:**
AP:FW:HOU:DAQ
**In Re:**
Income
**Tax Period(s) Ended:**
12/1998

Dear Mr. Pennoni:

Appeals has received your 1998 tax case as an Audit reconsideration case. Since your case was previously closed with signed decision documents in Tax Court, neither Appeals nor District Counsel really have any jurisdiction over this case. In addition,with decision documents being documents of finality, there are no remaining appeals rights for you.

However, Appeals has looked at your file, transcript data, etc. You have said that the Tax Court decision documents show that "there was no deficiency for 1998". That is not correct. There was a statutory tax deficiency(agreed to by the parties) of $72,199.00. However, with the application of the withholding credit amount of $75,000.00 to you, the net amount owed was $2801.00.

Both the deficiency amount of $72,199.00 and the credit amount of $75,000.00 needed to be assessed. And they were assessed. But a problem was created, it seems, when the deficiency amount was assessed AFTER the withholding credit amount.

So, in the 40th week of 2002 you were sent a refund check for $80,166.57. This amount comes from the withholding credit amount of $75,000.00 plus $8678.42 in interest, and less two amounts of $3494.12 and $17.73. These two latter amounts went to the 1999 year to pay off amounts owing there.

So then, just before the deficiency amount was assessed(it was done one week later), you received a refund of $80,166.57 instead of the $2801.00 to which you were entitled. Every indication from the record is that you were sent that refund amount and that it was cashed.

When the deficiency amount finally was assessed, you would, of course, have an amount owing at that time. The currently owed amount on your account(as of 11-5-03) is $58,238.93. This comes from a deficiency amount of $72,960.00 plus $8677.64 in interest(interest no longer allowed and is to be re-captured), less the six payments of varying amounts you have recently paid.

Now it seems that the assessed deficiency amount of $72,960.00 is wrong---over by $761.00. We reduced your deficiency from $72,960.00 to $72,199.00 in Appeals, and you signed decision documents for that $72,199.00 in February of 2002.

Thus, based on the file and transcript records here, it would seem that you clearly have an amount owing. If so, the levy action would not appear to be wrong.

In any event, the matter of collection, and the matter of the October 2002 refund to you are items that need to be resolved between you and the Memphis Service Center. The Houston Appeals Office has no jurisdiction or standing on this affair.

Sincerely,

Dennis A. Quinn
Appeals Officer