# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: May 31, 2007)**

* * * * * * * * * * * * * * * * *
*
**LAWRENCE D. PENNONI,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of defendant's unopposed motion, filed May 25, 2007, for clarification and an enlargement of time to respond to plaintiff's amended complaint.

**IT IS ORDERED AS FOLLOWS**:

(1) Defendant's motion to dismiss plaintiff's complaint is now moot because plaintiff has amended his complaint. Accordingly, defendant in not required to reply to plaintiff's response to its motion to dismiss and shall respond to plaintiff's amended complaint;

(2) Defendant's request for a 30-day enlargement of time to respond to the plaintiff's amended complaint is **GRANTED**. Defendant shall file its response by **Monday, July 2, 2007**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_