# EXHIBIT No. 1



# United States Of America

**Department of the Treasury**
**Internal Revenue Service**

Date: FEB 7 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification consisting of 8 pages ─────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Denise Bradley* for

Kathleen Bushnell,
Field Director,
Submission Processing (Austin)

**EXHIBIT 1**

Form **2866** (Rev. 09-1997)

Exhibit 1 Page 2 of 10

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

LAWRENCE D PENNONI                              EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
                                          ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS   CREDIT      DATE (23C,
                                          (REVERSAL)     (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------

02-01-2001 SUBSTITUTE FOR RETURN                         0.00        02-19-2001
           76210-032-00239-1

04-15-1999 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1999

04-18-2001 AMENDED RETURN FILED
           18211-112-61303-1

05-15-2001 STATUTORY NOTICE OF
           DEFICIENCY

07-23-2001 STATUTORY NOTICE OF
           DEFICIENCY CLOSED

10-11-2001 LEGAL SUIT PENDING

           ADDITIONAL TAX ASSESSED                       0.00        09-30-2002
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           49247-655-70038-2  00000008

09-30-2002 RENUMBERED RETURN
           49247-655-70038-2

09-12-2002 LEGAL/BANKRUPTCY SUIT NO
           LONGER PENDING

04-15-1999 WITHHOLDING CREDIT                            75,000.00

           ADDITIONAL TAX ASSESSED                       0.00        10-14-2002
           49254-667-07891-2  00000008

FORM 4340  (REV. 01-2002)                    [ PAGE   1 ]
```

Exhibit 1 Page 3 of 10

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

LAWRENCE D PENNONI                             EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
  DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT      DATE (23C,
                                          (REVERSAL)    (REVERSAL)   RAC 006 )
----------------------------------------------------------------------------

08-13-2001  INTEREST DUE TAXPAYER                             0.78

04-15-1999  OVERPAYMENT CREDIT                           (3,494.12)
            TRANSFERRED
            1040       199912

04-15-1999  OVERPAYMENT CREDIT                              (17.73)
            TRANSFERRED
            1040       199912

10-14-2002  REFUND                                      (80,166.57)

10-14-2002  INTEREST DUE TAXPAYER                         8,677.64

            QUICK ASSESSMENT            72,960.00                   09-11-2002
            49251-254-13500-2    08

10-14-2002  INTEREST DUE TAXPAYER                        (8,677.64)
            REVERSED

03-03-2003  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

05-29-2003  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                PAGE    2
```

Exhibit 1 Page 4 of 10

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

LAWRENCE D PENNONI                              EIN/SSN:
```


```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                       ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                       (REVERSAL)       (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

06-11-2003  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

08-04-2003  SUBSEQUENT PAYMENT                            4,167.41
            LEVY

08-25-2003  SUBSEQUENT PAYMENT                            2,921.98
            LEVY

08-25-2003  SUBSEQUENT PAYMENT                            3,807.09
            MISCELLANEOUS PAYMENT

09-02-2003  SUBSEQUENT PAYMENT                            4,167.41
            MISCELLANEOUS PAYMENT

09-17-2003  SUBSEQUENT PAYMENT                            4,167.41
            MISCELLANEOUS PAYMENT

10-06-2003  SUBSEQUENT PAYMENT                            4,167.41
            MISCELLANEOUS PAYMENT

10-20-2003  SUBSEQUENT PAYMENT                            4,167.41
            MISCELLANEOUS PAYMENT

11-03-2003  SUBSEQUENT PAYMENT                            4,167.41
            MISCELLANEOUS PAYMENT

FORM 4340   (REV. 01-2002)                     PAGE     3
```

Exhibit 1 Page 5 of 10

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
LAWRENCE D PENNONI                              EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------

11-17-2003  SUBSEQUENT PAYMENT                              4,167.41
            MISCELLANEOUS PAYMENT

12-05-2003  SUBSEQUENT PAYMENT                              4,167.41
            MISCELLANEOUS PAYMENT

01-19-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-22-2003  SUBSEQUENT PAYMENT                              5,862.58
            MISCELLANEOUS PAYMENT

01-08-2004  SUBSEQUENT PAYMENT                              4,167.41
            MISCELLANEOUS PAYMENT

01-18-2004  SUBSEQUENT PAYMENT                              3,781.12
            MISCELLANEOUS PAYMENT

03-29-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

04-05-2004  SUBSEQUENT PAYMENT                              5,208.14
            MISCELLANEOUS PAYMENT

04-09-2004  FEDERAL TAX LIEN

05-03-2004  FEES AND COLLECTION COSTS     22.00

FORM 4340   (REV. 01-2002)                PAGE    4
```

Exhibit 1 Page 6 of 10

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

LAWRENCE D PENNONI                        EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                          ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                          (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

04-14-2004   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

05-03-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

04-19-2004   SUBSEQUENT PAYMENT                           3,781.12
             MISCELLANEOUS PAYMENT

05-04-2004   SUBSEQUENT PAYMENT                           3,781.12
             MISCELLANEOUS PAYMENT

05-17-2004   SUBSEQUENT PAYMENT                           3,781.12
             MISCELLANEOUS PAYMENT

06-14-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

05-19-2004   INSTALLMENT AGREEMENT

06-01-2004   SUBSEQUENT PAYMENT                           3,781.12
             MISCELLANEOUS PAYMENT

06-18-2004   SUBSEQUENT PAYMENT                           3,781.12
             MISCELLANEOUS PAYMENT

FORM 4340    (REV. 01-2002)               PAGE     5
```

Exhibit 1 Page 7 of 10

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

LAWRENCE D PENNONI                          EIN/SSN: ▮▮▮▮▮▮▮▮▮


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC   1998

                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

            ADDITIONAL TAX ASSESSED                       0.00       08-02-2004
            73254-594-05014-4  00000008

07-06-2004  SUBSEQUENT PAYMENT                          3,781.12
            MISCELLANEOUS PAYMENT

            FAILURE TO PAY TAX            114.68                     08-02-2004
            PENALTY
            00000008

07-19-2004  SUBSEQUENT PAYMENT                          3,781.12
            MISCELLANEOUS PAYMENT

            FAILURE TO PAY TAX          3,781.12                     08-09-2004
            PENALTY
            00000008

08-02-2004  SUBSEQUENT PAYMENT                          3,781.12
            MISCELLANEOUS PAYMENT

            FAILURE TO PAY TAX          3,781.12                     08-23-2004
            PENALTY
            00000008

08-17-2004  SUBSEQUENT PAYMENT                          3,781.12
            MISCELLANEOUS PAYMENT

FORM 4340   (REV. 01-2002)                  PAGE     6
```

Exhibit 1 Page 8 of 10

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

LAWRENCE D PENNONI                              EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

           INTEREST ASSESSED                             2,364.68      09-06-2004
           00000008

           FAILURE TO PAY TAX                            1,416.44      09-06-2004
           PENALTY
           00000008

09-02-2004 SUBSEQUENT PAYMENT                                          3,781.12
           MISCELLANEOUS PAYMENT

           INTEREST ASSESSED                             3,313.37      09-27-2004
           00000008

09-27-2004 REFUND                                                      (468.36)

09-27-2004 INTEREST DUE TAXPAYER                                       0.61

09-27-2004 REVERSES ACTIVE
           INSTALLMENT AGREEMENT

09-17-2004 FEDERAL TAX LIEN RELEASED

12-14-2006 RECEIVED POA/TIA

09-11-2002 Statutory Notice of Balance Due

11-25-2002 Notice of Balance Due

12-30-2002 Statutory Notice of Intent to Levy

FORM 4340   (REV. 01-2002)                     PAGE     7
```

Exhibit 1 Page 9 of 10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

LAWRENCE D PENNONI                          EIN/SSN: ███████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998
------------------------------------------------------------------------


BALANCE              0.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Jacqueline Peques*

PRINT NAME: _____**Jacqueline Peques**_____

TITLE: _____**Manager of Special Services Unit**_____
              **198 (Rev.5)**

DELEGATION ORDER: _____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 01/29/2007

FORM 4340  (REV. 01-2002)                    PAGE    8

Exhibit 1 Page 10 of 10