# EXHIBIT 2

| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>COLL/ASFR STOP 5202 AUSC<br>P.O. Box 1231<br>Austin, TX  78767 | Letter Number: 2566(SC/CG)<br>Letter Date: 02/16/2001<br>Social Security Number: ▮▮▮▮<br>Tax Year: 1998<br>Tax Form: 1040<br>Filing Status: SINGLE<br>Contact Person:<br>Service Representative<br>Contact Telephone Number: 800-829-6743<br>(A toll free number) |
| LAWRENCE D PENNONI<br>5818 CARTEGENA<br>HOUSTON, TX 77035-2512189 | Contact Hours:<br>8:00 AM     2:00 PM |

PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT

    We have no record of receiving your Form 1040, U.S. Individual Income Tax Return, for the tax year shown above. Therefore, we have computed your tax, penalties, and interest based on income reported to us by your employer(s), bank(s), etc., as shown on page 5 of this letter. We show our computation of your tax on Page 2. Since we computed your tax based on income only, it would be to your advantage to file your return(s) so that you can claim all of the exemptions, deductions, and credits that the law allows you.

    Within 30 days from the date of this letter, we must receive one of the following:
1. Your Form 1040 completed and signed, including all schedules and forms, with the enclosed Form 12518 attached;
2. The "Consent to Assessment and Collection" form on page 4 signed and dated;
3. A statement explaining why you believe you are not required to file, or information you would like us to consider; or
4. Your appeal to the proposed assessment. We've enclosed Publication 5, Appeal Rights and Preparation of Protests for Unagreed Cases, and Publication 1, Your Rights as a Taxpayer. These publications explain your rights concerning assessments and payment of tax.

    If you cannot pay the full amount you owe, send as much as you can, and tell us when you can pay the rest. We may be able to arrange a payment agreement if you have filed all of your tax returns. If your contact person does not hear from you within 30 days, we will assess the amount of tax, penalties, and interest shown in our computation based on available income information.

    You may order blank tax forms, schedules, instructions, and publications by calling 1-800-829-3676 toll-free. Please allow 2 weeks from the date of your order for delivery.

    If you have questions, you may write or call your contact person listed in this letter. If you write, give us your telephone number and the most convenient time for us to call. Please attach page 1 of this letter to your reply and use the enclosed envelope.

                                                Sincerely,

Enclosures:                          Compliance Services Field Director
Publications 1 & 5 and 594
Notice 609
Form 12518
Return envelope

EXHIBIT 2

Exhibit 2 Page 2 of 5

```
DEPARTMENT OF THE TREASURY              INTERNAL REVENUE SERVICE
MIDSTATES REGION                        PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT

LAWRENCE D PENNONI                      COLLECTION      : NON-FILER
5818 CARTEGENA                          Date of Report: ██-██-2001
HOUSTON, TX 77035-2512189               Soc Sec Number: ██████████
                                        Form 1040       : TAX YEAR 1998
                                        Filing Status  : SINGLE
                                        Reply to       : 1874200000

                        TAX CALCULATION SUMMARY


TOTAL INCOME REPORTED BY PAYERS (see Income Sources):        (+)276,077.00
    Wages, interest, dividends, pensions, misc.   276,077.00



ADJUSTMENT TO INCOME:                                        (-)0.00

ALLOWABLE DEDUCTIONS/EXEMPTIONS:                             (-)4,250.00
    Personal exemption allowance (1 exemption)        0.00

    Standard Deduction                            4,250.00


TAX COMPUTATIONS:
    Taxable Income (total income minus deductions)             271,827.00
    Income tax calculated using (1) exemption    86,316.00




TOTAL TAX BEFORE CREDITS:                                    (+)86,316.00


TOTAL PRE-PAID CREDITS (Withholding, ES tax payments, etc.): (-)75,000.00


NET TAX (TOTAL TAX minus PRE-PAID CREDITS):                    11,316.00


TOTAL INTEREST (calculated through 03-18-2001, see page 2):  (+)2,465.74


TOTAL PENALTIES (see page 2):                                (+)3,982.79
    Failure-to-File Penalty                       2,546.10
    Failure-to-Pay Penalty                        1,301.34
    Estimated Tax Penalty                           135.35



*****************************************************************
TOTAL AMOUNT DUE through 03-18-2001 (PAY THIS AMOUNT) --------   17,764.53
*****************************************************************
```

Exhibit 2 Page 4 of 5

```
DEPARTMENT OF THE TREASURY          INTERNAL REVENUE SERVICE
MIDSTATES REGION                    PROPOSED INDIVIDUAL INCOME TAX ASSESSMENT

Soc Sec Number: ████          Tax Year 1998        Date of Report   02/16/20
```

EXPLANATION OF PENALTIES AND INTEREST

```
INTEREST:                                                          2,465.74
    Interest due based on statutory interest rates      2,012.85
    Interest on Failure-to-File Penalty                   452.89
```
Additional Interest will accrue at the current rate of interest (compounded daily). Interest is charged from the original due date of the return to the earlier of the date of payment, a date 30 days after an agreement to the additional tax is signed, or the assessment date. The interest shown has been computed 30 days from the date of this report, which will allow you to pay the total balance due without an additional charge for accrued interest.

```
PENALTIES:                                                         3,982.79
    Failure-to-File Penalty, I.R.C. 6651(a)(1)           2,546.10
```
Since you did not file your return within the time prescribed by law, a Failure-to-File Penalty of 5 percent of the tax due is added for each month that the return is late (not to exceed 22.5%), or the lesser of $100 or the tax due.

```
 *  Failure-to-Pay Penalty, I.R.C. 6651(a)(2)           1,301.34
```
If you did not pay the balance of the tax owed within the time prescribed by law, a penalty of 0.5% of the tax due is added for each month the tax remains unpaid (not to exceed a total of 25% of the unpaid amount.)

```
    Estimated Tax Penalty  I.R.C. 6654(a)                 135.35
```
Since you did not pay sufficient Estimated Tax, an addition to the tax is charged.

ROUNDING: In arriving at your tax deficiency, amounts have been rounded to the nearest dollar.

STATE EXCHANGE: IRS has exchange agreements with state tax agencies under which information about increases or decreases in Federal tax liability is exchanged with states. You should check your state tax return and file an amended return if this change affects your state income tax liability.

Exhibit 2 Page 5 of 5