# EXHIBIT
# 5

03/16/07

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 9104-01 INDEX
Lawrence D. Pennoni
v. COMMISSIONER OF INTERNAL REVENUE

Pro Se

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/19/01 | PF | PETITION Filed:Fee Paid | | R 07/19/01 | |
| 0002 | 07/19/01 | DPT | DESIGNATION of Trial at Houston, TX | | R 07/19/01 | |
| 0003 | 08/23/01 | ACS | ANSWER (C/S 08/22/01). | | | |
| 0004 | 02/15/02 | SSTP | SETTLEMENT STIPULATION | | | |
| 0005 | 02/15/02 | SDEC | STIPULATED DECISION ENTERED, Judge Wells. | | B 02/15/02 | |

tabbies EXHIBIT 5