# EXHIBIT
# 9

a Control number

OMB No. 1545-0008

**Copy B To Be Filed With Employee's FEDERAL Tax Return**

b Employer identification number
76-0274446

c Employer's name, address, and ZIP code

Chamberlain, Hrdlicka, White, Williams & Mar
1200 Smith Street Suite 1400
Houston, TX 77002-4310

d Employee's social security number
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

e Employee's name, address, and ZIP code
Lawrence D Pennoni

5818 Cartegena
Houston, Tx. 77035

| | |
|---|---|
| 1 Wages, tips, other compensation: 247072.02 | 2 Federal income tax withheld: 75000.00 |
| 3 Social security wages: 68400.00 | 4 Social security tax withheld: 4240.80 |
| 5 Medicare wages and tips: 257072.02 | 6 Medicare tax withheld: 3727.54 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13: D 10000.00 | 14 Other: 0.00 |

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|
| | | X | | X |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| TX | 01-835930-8 | | | | | |

Form **W-2 Wage and Tax Statement** **1998**

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

EXHIBIT
9
tabbies