# EXHIBIT 1

**Internal Revenue Service**
Appeals Office
8701 South Gessner, Suite 750
STOP 8000 HAL
Houston, TX 77074-2942

**Department of the Treasury**
Small Business/Self-Employed

**Person to Contact:**
Dennis A. Quinn
Employee ID Number: 76-43501
Tel: 281-721-7239
Fax: 281-721-7220

**Refer Reply to:**
AP:SB:HOU:DAQ
**In Re:**
Income
**Tax Period(s) Ended:**
12/1998

Date: October 24, 2001

Lawrence D Pennoni
17807 Mantana Dr
Spring, TX 77388

Dear Mr. Pennoni:

The Appeals Division of the IRS has received your 1998 tax case for consideration. This case is docketed before the Tax Court, but Appeals can work with taxpayers to settle the case outside of Tax Court.

I have had re-calculations made on your case based on allowing you the two claimed exemptions and the claimed head of Houshold filing status.

The tax liability for 1998 is now at $72,960.00. Since your 1998 withholding was $75,000.00, you would now be owed a refund of $2040.00. The penalties shown in the audit report have now been removed.

Please let me know if you are now in agreement with the above results. If so, we will send you decision documents reflecting the above to sign.

Please respond by November 7, 2001.

Sincerely,

Dennis A. Quinn
Appeals Officer

**Exhibit 1 Page 2 of 2**