# EXHIBIT 7

**PENNONI & JEFFRIES, P.C.**

**Attorneys at Law**

**18334 Stuebner-Airline**
**Spring, Texas 77379**
**Telephone: 281.376.9600 Facsimile: 281.376.3551**

# FACSIMILE TRANSMISSION COVER PAGE

TO: IRS - Memphis

FAX NO.: 901 395 1617 Attn: Reconsideration

FROM: Larry Pennoni SSN 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

DATE: 9/9/03

MESSAGE:

Attached are Tax Court decision documents establishing that there was no deficiency for 1998, Thus, Levy on Bank and garnishment of wages is ~~not~~ wrongful and should be withdrawn ASAP!!

10
Total Number of Pages

This communication may be protected by the attorney/client privilege and may contain confidential information intended only for the person to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of any other person or entity. Any use, dissemination, forwarding, printing, copying of this facsimile without consent of the originator is strictly prohibited. If you have received this I facsimile in error, please immediately notify Faye Galloway at Pennoni & Jeffries, P.C. by telephone at 281-376-9600.

07/30/03

UNITED STATES TAX COURT
DOCKET ENTRIES

Docket No. 9104-01 INDEX
Lawrence D. Pennoni
v. COMMISSIONER OF INTERNAL REVENUE

Pro Se

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 07/19/01 | PF | PETITION Filed:Fee Paid | | R 07/19/01 | |
| 0002 | 07/19/01 | DPT | DESIGNATION of Trial at Houston, TX | | R 07/19/01 | |
| 0003 | 08/23/01 | ACS | ANSWER (C/S 08/22/01). | | | |
| 0004 | 02/15/02 | SSTP | SETTLEMENT STIPULATION | | | |
| 0005 | 02/15/02 | SDEC | STIPULATED DECISION ENTERED, Judge Wells. | | B 02/15/02 | |

COPY

UNITED STATES TAX COURT

| | | |
|---|---|---|
| LAWRENCE D. PENNONI, Petitioner, | ) | |
| v. | ) | Docket No. 9104-01 |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

DECISION

Pursuant to the stipulation of the parties in this case, and incorporating herein the facts stipulated by the parties as the findings of the Court, it is

ORDERED AND DECIDED: That there is a statutory deficiency in income tax due from the petitioner for the taxable year 1998 in the amount of $72,199.00 and that there is an overpayment in income tax for the taxable year 1998 in the amount of $2,801.00, which amount was paid on April 15, 1999, and for which amount a claim for refund was filed on April 18, 2001, which was within the period provided by I.R.C. § 6511(b)(2), and which claim had not been disallowed before the date of the mailing of the notice of deficiency;

That there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(1);

That there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(2); and

That there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6654.

(Signed) Thomas B. Wells

Judge.

Entered: FEB 15 2002

* * * * *

COPY

This copy is for your files. Thanks

UNITED STATES TAX COURT

| | | |
|---|---|---|
| LAWRENCE D. PENNONI, Petitioner, | ) | |
| v. | ) | Docket No. 9104-01 |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

**STIPULATION**

It is hereby stipulated that the following statement shows the petitioner's income tax liability for the taxable year 1998:

| | |
|---|---|
| Tax Liability | $72,199.00 |
| Tax Liability Reported on Return | 0.00 |
| Statutory Deficiency | $72,199.00 |
| Tax Paid, April 15, 1999 | $75,000.00 |
| Tax Liability | 72,199.00 |
| Overpayment | $2,801.00 |

I.R.C. §§ 6512(b)(3)(B) and 6511(b)(2)(C)
Return filed April 18, 2001
Claim filed April 18, 2001 (in return)
No agreements executed
Deficiency notice mailed June 1, 2001

It is further stipulated that there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(1).

It is further stipulated that there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6651(a)(2).

It is further stipulated that there is no addition to tax due from the petitioner for the taxable year 1998, under the provisions of I.R.C. § 6654.

It is hereby stipulated that the Court may enter the foregoing decision in this case in accordance with the stipulation of the parties submitted herewith.

It is further stipulated that interest will be credited or paid as provided by law on any overpayment in tax due to petitioner.

It is further stipulated that, effective upon the entry of this decision by the Court, petitioner waives the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiency (plus statutory interest) until the decision of the Tax Court becomes final.

RICHARD W. SKILLMAN
Acting Chief Counsel
Internal Revenue Service

LAWRENCE D. PENNONI
Petitioner
17807 Mantana Drive
Spring, Texas 77388
Telephone: (281) 376-9600

Date: 2-11-02

By: MARILYN S. AMES
Associate Area Counsel
(SB/SE)
Tax Court Bar No. AM0096
8701 S. Gessner, Suite 710
Houston, Texas 77074
Telephone: (281) 721-7300

Date: FEB 14 2002

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
8701 SOUTH GESSNER STREET, SUITE 710
HOUSTON, TX 77074-2944
Telephone: (281) 721-7300
Facsimile: (281) 721-7301

DEC 14 2001

CC:SB:6:HOU:1 TL-9104-01
JEStorbeck

Mr. Lawrence D. Pennoni
17807 Mantana Drive
Spring, Texas 77388

Re: Lawrence D. Pennoni v. Commissioner
Docket No. 9104-01

Dear Mr. Pennoni:

Pursuant to your conversations with Appeals Officer Dennis Quinn, enclosed are the original and two copies of the proposed decision document and the proposed stipulation document, which will settle your Tax Court case without the need of a trial. Also enclosed is a copy of the computations used to prepare the documents.

If you are in agreement with the decision document and the stipulation document, please sign the original and one copy of each document and return them to the undersigned at the address in the letterhead above. The additional copy of the documents and the computations are for your records.

If you have any questions, please call me at (281) 721-7377.

Sincerely,

MARILYN S. AMES
Associate Area Counsel (SB/SE)

By: Janice E. Storbeck
JANICE E. STORBECK
Paralegal Specialist
Badge No. 76-43341

Enclosures

| | | | |
|---|---|---|---|
| 2. Name of Taxpayer LAWRENCE D. PERSONI | X Settlement computation | 3. __ Notice of Deficiency __ Other (specify) ______ | |
| 4. TIN 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 | 5. Form Number 1040 | 6. Court docket number ______ | |
| | | Tax years ended | |
| 7. Adjustments to Income | Period End 12/31/1998 | Period End | Period End |
| A. DIVIDENDS | $ 2,594.00 | $ | $ |
| B. EXEMPTIONS | (1,296.00) | | |
| C. F4797 LOSS | (729.73) | | |
| D. ORDINARY DIVIDENDS | 567.25 | | |
| E. STANDARD DEDUCTION | (6,250.00) | | |
| F. W-2 INCOME | 247,072.02 | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 8. Total Adjustments | 241,957.55 | | |
| 9. a. Taxable Income<br>b. As shown in:<br>__ Preliminary letter dated ______<br>__ Notice of deficiency dated ______<br>X Return as filed – SFR | 0.00 | | |
| 10. Taxable Income as Revised | 241,958.00 | | |
| 11. Tax | 72,960.00 | | |
| 12. Alternative Tax, If Applicable | | | |
| 13. Corrected Tax Liability (Lesser of line 11 or 12) | 72,960.00 | | |
| 14. Less Credits (Specify) a. | | | |
| b. | | | |
| c. | | | |
| 15. Balance (Line 13 less amounts on lines 14a - 14c) | 72,960.00 | | |
| 16. Plus a. | | | |
| b. | | | |
| c. | | | |
| 17. Total Corrected Tax Liability (Line 15 plus total of lines 16a through 16c) | 72,960.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 19. Adjustments to A. Earned Income Credit B. Special Fuels Credit | | | |
| 20. Increase in Tax or (Overassessment - Decrease in Tax) (Line 17 adjusted by Lines 18 and 19) | 72,960.00 | | |

21. Additions/Adjustments to the Tax:

[illegible]

Form 5278 (Rev. July 1992)

199812 PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $2,700.00 by the total number of exemptions claimed on Form 1040, line 6e | 5,400.0C |
| 2. Adjusted Gross Income (Form 1040, line 32) | 249,504.0C |
| 3. Limitation based on Filing Status | 155,650.0C |
| 4. Subtract line 3 from line 2 | 93,854.0C |
| 5. Divide line 4 by $2,500 ($1,250 if married filing separate) | 38.0C |
| 6. Multiply line 5 by 2% and enter the result as a decimal | 0.76 |
| 7. Multiply line 1 by line 6 | 4,104.0C |
| 8. Deduction for exemptions (Subtract line 7 from line 1) | 1,296.0C |

199812 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Cod

| | | | | |
|---|---|---|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 (Tax Per Return, if a return was filed) | | | | 72,960.0 |
| 2. Withholding taxes | | | | 75,000.0 |
| 3. Line 1 less line 2 (if less than $500, estimated penalty does not apply) | | | | (2,040.0 |
| 4. 90% of line 1 | | | | 65,664.0 |
| 5. Prior year tax liability (110% of tax if AGI was more than $150,000. or if MFS more than $75,000.) | | | | 0.0 |
| 6. The smaller of line 4 or 5 (as adjusted) | | | | 0.0 |
| 7. Payment Due Date | Apr 15, 1998 | Jun 15, 1998 | Sep 15, 1998 | Jan 15, 1999 |
| 8. Payment Required | | 0.00 | 0.00 | 0.00 | 0.0 |
| 9. Payments & Credits | | 0.00 | 0.00 | 0.00 | 0.0 |
| 10. Overpayment from Line 16 | | | 0.00 | 0.00 | 0.0 |
| 11. Total of Lines 9 & 10 | | | 0.00 | 0.00 | 0.0 |
| 12. Previous Qtr Underpayment | | | 0.00 | 0.00 | 0.0 |
| 13. 11 minus 12 | | 0.00 | 0.00 | 0.00 | 0.0 |
| 14. Remaining Underpayment | | | 0.00 | 0.00 | |
| 15. Underpayment | | 0.00 | 0.00 | 0.00 | 0.0 |
| 16. Overpayment | | 0.00 | 0.00 | 0.00 | 0.0 |
| CALCULATION OF QUARTERLY PENALTIES ATTACHED | | | | | |
| 17. Penalty | | 0.00 | 0.00 | 0.00 | 0.0 |
| 18. Previously Assessed Penalty | | | | | 0.0 |
| 19. Estimated Tax Penalty | | | | | 0.0 |

| Form 3623 (Rev. April 1985) | Department of the Treasury – Internal Revenue Service **Statement of Account** | | | | | | Schedule Number | 1 |
|---|---|---|---|---|---|---|---|---|
| Name of Taxpayer | LAWRENCE D. PENNONI | | | | disk id: pennoni3623.xls | | | |
| Kind of Tax | INCOME | | Docket Number | | 9104-01 | | In Reply Refer To SB:HOU:AP:DQ:JW | |
| Tax Year Ended | 12-31-98 | | 12-31-98 | | 12-31-98 | | | |
| Tax / Addition to Tax | TAX | | IRC 6651(a)(1)&(2) | | IRC 6654 | | | |
| | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| Revised Liability | | $ 72,980 | | none | | none | | |
| Assessment (*tax on return*) | | - | | | | | | |
| Addional Assessments | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Overassessments | | - | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Assessments** | | - | | - | | - | | |
| Increase (*Decrease*) in Assessment | | $ 72,980 | | none | | none | | |
| Revised Liability | | 72,980 | | none | | none - | | |
| Payments | | | | | | | | |
| WITHHOLDING | 4-15-99 | 75,000 | | | | | | |
| | - | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Less Refunds or Credit | | | | | | | | |
| | | | | | | | | |
| **Total Payments** | | 75,000 | | - | | - | | |
| **Balance Due** (*or overpayment*) | | $ (2,040) | | none | | none | | |

| Tax Year Ended | Internal Revenue Code Reference Section | Year | Date Return Filed | Date Agreement Signed | Statute Extended To | Date Deficiency Notice Mailed | Date Claim Filed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 12-31-98 | 6512(b)(3)(B) | 19__ | SFR* | | | 5-1-01 | | |
| | 6511(b)(2)(C) | 19__ | | | | | | |
| | | 19__ | | | | | | |

*TP filed a return, received 4-18-01.

Form 3623 (Rev. 4-85

| Form 3610 (Rev. March 1986) | Department of the Treasury — Internal Revenue Service **Audit Statement** | Symbols SB:HOU:AP:DQ:JW |
|---|---|---|
| Name of Taxpayer LAWRENCE D. PENNONI | SSN or EIN 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 | Date Prepared 10-22-01 |
| Kind of Tax INCOME | | Docket Number 9104-01 |

| Tax Period Ended | DEFICIENCY (OVERASSESSMENT) (Increase or decrease in Tax and Penalties) | | | | |
|---|---|---|---|---|---|
| | TAX | WITHHOLDING CR INCREASE | NET TAX DUE | IRC 6651(a)(1)&(2) | IRC 6654 |
| 12-31-98 | 72,960.00 | 75,000.00 | (2,040.00) | NONE | NONE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | 72,960.00 | 75,000.00 | (2,040.00) | NONE | NONE |

The following information is for processing purposes only:

| | Per transcript | Per Appeals | Difference |
|---|---|---|---|
| TC 886-adjust TI | - | 241,958.00 | 241,958.00 |
| TC 888-adjust AGI | - | 243,254.00 | 243,254.00 |
| TC 887-EXEMPTIONS | - | 1,296.00 | 1,296.00 |
| TC 806-WITHHOLDING | - | 75,000.00 | 75,000.00 |

DISK ID: PENNONI3610.XLS, RGS FILE, PENNONI3623.XLS

Form 3610 (Rev. 3-86)

HP OfficeJet G Series G85xi
Personal Printer/Fax/Copier/Scanner

Fax-History Report for
Pennoni & Jeffries
281-376-3551
Sep 09 2003 2:27pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Sep 9 | 2:23pm | Sent | 19013951617 | 3:36 | 11 | OK |

Result:
OK - black and white fax
Okay color - color fax