# EXHIBIT 12

 WI

Department of the Treasury
Internal Revenue Service
INTERNAL REVENUE SERVICE - ACS
P.O. BOX 24017
FRESNO, CA. 93779

Date:
DEC. 13, 2003

Taxpayer Identifying Number:
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 A 00

Caller ID: 278004

Contact Telephone Number:

TOLL FREE: 1-800-829-7650
MON-FRI: 8:00AM-8:00PM

LAWRENCE D PENNONI
17807 MANTANA DR
SPRING TX 77388-5047074

## Reminder Notice

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

Step 1:
Send us the full payment if you agree with the amount you owe shown on the back of this letter and have no questions. Make your check or money order payable to United States Treasury. Write your social security number or employer identification number and the tax year on your payment. Send your payment in the enclosed envelope with a copy of this letter.

Step 2:
Call the telephone number listed above if you:

- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this notice.

Enclosures:
Copy of this letter
Envelope

Susan Meredith

Operations Manager, Automated Collection System

*376683244103*

**Exhibit 12 Page 2 of 3**

**Account Summary** LAWRENCE D PENNONI 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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040A | 12-31-1998 | $ 45,736.70 | $ 5,054.32 | $ 8,149.73 | $ 58,940.75 |

Total Amount Due 58,940.75

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| 1040 | 12-31-2000 | US INDIVIDUAL INCOME TAX RETURN |
| 1040 | 12-31-2001 | US INDIVIDUAL INCOME TAX RETURN |

Exhibit 12 Page 3 of 3