# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: September 12, 2007)**

* * * * * * * * * * * * * * * * *
*
**LAWRENCE D. PENNONI,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

In the government's reply, filed August 20, 2007, it characterized the plaintiff's suit as a suit for wrongful levy suit over which this court lacks jurisdiction. The plaintiff shall file a supplemental brief addressing the government's wrongful levy and jurisdictional argument no later than **September 24, 2007**. The brief shall not exceed 10 pages.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge