# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: November 7, 2007)**

* * * * * * * * * * * * * * * * * *
**LAWRENCE D. PENNONI,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

## O R D E R

Oral argument on the defendant's motion to dismiss shall be heard on **Wednesday, November 14, 2007, at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone unless otherwise notified and will be contacted at the following numbers: counsel for plaintiff at (713) 446-7730; counsel for defendant at (202) 307-6508. A court reporter will be present, and the court will initiate the call.

At the argument the parties should be prepared to address the following issues:

(1) Whether plaintiff's claim for monies collected by the IRS to recover an erroneous refund constitutes a suit for "any sum alleged to have been excessive or in any manner wrongfully collected," governed by 26 U.S.C. § 7422(a), and/or a claim for refund of "an overpayment of any tax," governed by 26 U.S.C. § 6511(a).

(2) Whether New York Life Insurance Co. v. United States, 118 F.3d 1553 (Fed. Cir. 1997), applies where the amount collected by the IRS was not remitted as a deposit by the plaintiff.

(3) Assuming that §§ 7422 and 6511 govern plaintiff's suit and that plaintiff's faxed objection of September 9, 2003 constitutes a sufficient informal refund claim, whether the claim(s) in the faxed objection substantially varies(/vary) from plaintiff's objections in the present suit to the IRS' procedures in recovering the erroneous refund amount.

(4) Assuming that the faxed objection satisfies the administrative claim requirements for bringing the present suit, whether the action is untimely on the grounds that the IRS' November 14, 2003 letter to plaintiff constituted a sufficient disallowance of plaintiff's claim, thereby triggering the two-year statute of limitations on filing suit under 26 U.S.C. § 6532(a).

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge