IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-861 T
(Judge Firestone)

---

LAWRENCE D. PENNONI,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

---

**JOINT STATUS REPORT**

---

Pursuant to the Court's Order of December 4, 2007, the parties submit the following joint status report.

On December 4, 2007, the Court, in a published opinion, denied defendant's motion to dismiss plaintiff's amended complaint for lack of subject-matter jurisdiction. In that opinion, the Court ordered the parties to file a joint status report on or before December 17, 2007, "setting forth a proposed schedule for resolving this case on the merits." On December 17, 2007, defendant filed a motion for reconsideration of the Court's Opinion and Order denying defendant's motion to dismiss.

Defendant's Statement: In the event that the Court either denies the motion for reconsideration, or grants the motion only in part (so that the entirety of the amended complaint is not dismissed), defendant believes that the case can be disposed of on the merits by means of cross-motions for summary judgment. To this end, the defendant proposes that the Court order

that the answer to the amended complaint be due on or before 21 days after the issuance of the order denying the motion for reconsideration, or granting it only in part; and that the disclosures pursuant to RCFC 26(a)(1), and the Joint Preliminary Status Report (JPSR) required by RCFC Appendix A ¶ 4, be due thereafter according to the times provided in the Rules. Defendant also suggests that the parties be permitted to propose in their JPSR a schedule for subsequent proceedings, including a schedule for briefing on their cross-motions for summary judgment.

Plaintiff's Statement: Plaintiff does not agree with Defendant's filing of a motion for reconsideration and does not believe that Defendant should be granted any additional time to file an answer at this time. Further, having not even seen Defendant's answer, Plaintiff is unable at this time to agree that this case will be disposed of on the merits by means of cross-motions for summary judgment. Plaintiff proposes that the Court grant the parties an extension of time to file a joint status report until 10 days after the date Defendant files an answer in this case. Plaintiff believes there is no need to defer further proceedings in this case and does not believe an extension for Defendant to file an answer until 21 days after the Court rules on the motion for reconsideration is reasonable given that Plaintiff's First Amended Complaint was filed May 17, 2007, *i.e.*, seven months ago.

Respectfully submitted,

December 17, 2007

s/ Jennifer Hunter Walz
JENNIFER HUNTER WALZ
P.O. Box 430341
Houston, TX 75243-0341
(713) 446-7730 - telephone
(281) 907-0103 - facsimile

*Attorney for Plaintiff*

December 17, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

December 17, 2007

s/ Mary M. Abate
Of Counsel

*Attorneys for Defendant*