# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: December 18, 2007)**

* * * * * * * * * * * * * * * * *
*
**LAWRENCE D. PENNONI,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The court has received defendant's motion for reconsideration of the court's December 4, 2007 Opinion and Order denying the defendant's motion to dismiss the plaintiff's amended complaint for lack of subject-matter jurisdiction.

The plaintiff shall file a response brief addressing the arguments in the motion for reconsideration, particularly 1) whether the interest and penalties plaintiff seeks to recover are subject to the administrative claim requirements of the refund suit provisions in the Internal Revenue Code, and 2) the significance, if any, of the fact that the Supreme Court has granted certiorari to consider United States v. Clintwood Elkhorn Mining Co., 473 F.3d 1373 (Fed. Cir. 2007), cert. granted, 2007 WL 2590091 (U.S. Dec. 3, 2007) (No. 07-308), and in this connection whether the present case should be stayed pending the outcome of that case.

Plaintiff shall file his response brief no later than **January 8, 2008**. In addition, the defendant shall file a reply brief no later than **January 18, 2008.** The defendant's reply brief shall not exceed ten pages.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge