IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**PLAINTIFF'S REPLY TO**
**THE UNITED STATES' PROTECTIVE COUNTERLCIAM**

In reply to the protective counterclaim asserted in Defendant's Answer to Amended Complaint and Counterclaim, Plaintiff states the following:

1. Admits the allegation in paragraph 19.

2. Admits the allegation in paragraph 20.

3. Denies the allegation in paragraph 21 to the extent it draws a legal conclusion that Plaintiff did not have a "legal right" to the erroneous refund.

4. Denies the allegation in paragraph 22 because the government failed to state a counterclaim upon which Plaintiff can adequately respond to or that relief can be granted. The government did not state any factual basis for its counterclaim, nor did the government cite any legal authority for which this Court could grant judgment in favor of the government on its counterclaim.

5. Plaintiff cannot admit or deny the government's allegation in paragraph 23 because Plaintiff has no knowledge of these authorizations.

Wherefore, Plaintiff requests that this Court dismiss the United States' protective counterclaim.

Respectfully submitted,

s/ Jennifer Hunter Walz
JENNIFER HUNTER WALZ
P.O. Box 430341
Houston, Texas 77243-0341
(713) 446-7730 – phone
(281) 907-0103 - facsimile
COUNSEL FOR PLAINTIFF

Dated: February 25, 2008