# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: March 17, 2008)**

* * * * * * * * * * * * * * * * *
*
**LAWRENCE D. PENNONI,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a joint preliminary status conference call for **Thursday, March 20, 2008, at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (713) 446-7730; counsel for defendant at (202) 307-6508. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge