# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: March 20, 2008)**

* * * * * * * * * * * * * * * * *
*
**LAWRENCE D. PENNONI,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Based on the status conference held on March 20, 2008, the court hereby orders that the government shall file a motion for summary judgment on or before **Friday, May 2, 2008**, addressing the following issues, as indicated in the Joint Preliminary Status Report (March 10, 2008; page 4, "Relevant issues; Defendant's Statement"):

1) whether the IRS was permitted to collect the amount erroneously refunded to plaintiff by means of levy without first reassessing plaintiff's 1998 tax liability or bringing suit under 26 U.S.C. § 7405;

2) whether plaintiff was required to file a refund claim prior to bringing suit to recover the amounts collected as interest and penalties assessed after the date of the erroneous refund; and

3) whether, given the court's prior conclusion that plaintiff was not required to file a refund claim prior to bringing suit, the government has a cause of action, independent of statute and assertable as a counterclaim, to recover the amount erroneously refunded to plaintiff as a debt owed to the government.

Any cross-motions, responses, and/or replies to the government's motion for summary judgment shall be filed in accordance with the Rules of the U.S. Court of Federal Claims.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge