IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**MOTION TO AMEND SCHEDULING ORDER**

Defendant, the United States, respectfully requests that the Court amend its scheduling order dated March 20, 2008, to permit defendant in its motion for summary judgment to address the impact on this Court's jurisdiction over this case of the Supreme Court's recent opinion in *United States v. Clintwood Elkhorn Mining Co.*, ___ S. Ct. ___, 2008 WL 1721530 (U.S. April 15, 2008),[1] in addition to the issues enumerated in the March 20 order.

In this Court's January 24, 2008, order denying defendant's motion for reconsideration of *Pennoni v. United States*, 79 Fed. Cl. 552 (2007), the Court indicated that it would consider the impact of *Clintwood Elkhorn* on "the jurisdictional issues in this case" if the Supreme Court's decision became available prior to resolution of proceedings in this case before this Court. That

[1] A copy of the *Clintwood Elkhorn* opinion is attached to this motion as Exhibit A.

opinion is now available, and defendant believes that it is inconsistent with this Court's holding in *Pennoni* that plaintiff was not required by Section 7422(a) of the Internal Revenue Code to file a claim for refund prior to bringing suit. Consequently, defendant asks that the Court amend its March 20, 2008, order, so that defendant may address the issue of the impact of *Clintwood Elkhorn* on the Court's holding in *Pennoni* that plaintiff's suit was not subject to § 7422(a) as a suit for refund of "any sum . . . in any manner wrongfully collected."

Defendant has consulted with plaintiff about this motion, and plaintiff does not oppose defendant's proposed amendment to the Court's scheduling order.

Respectfully submitted,

April 17, 2008

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/ Mary M. Abate

April 17, 2008

Of Counsel