# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: April 18, 2008)**

* * * * * * * * * * * * * * * * *
**LAWRENCE D. PENNONI,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed April 17, 2008, to amend the court's March 20, 2008 Order to permit the parties to address the impact of the recent Supreme Court opinion in United States v. Clintwood Elkhorn Mining Co., ___ S. Ct. ___, 2008 WL 1721530 (U.S. April 15, 2008) on this court's jurisdiction over the above-captioned case, in addition to the issues enumerated in the March 20, 2008 Order, is **GRANTED**.

Defendant shall file its motion for summary judgment by **Friday, May 2, 2008.** Any cross-motions, responses, and/or replies to the government's motion for summary judgment shall be filed in accordance with the Rules of the U.S. Court of Federal Claims.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge