IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF LAWRENCE D. PENNONI**

I, Lawrence D. Pennoni, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the Plaintiff in the above-captioned case.

2. The IRS sent only one notice of deficiency dated June 1, 2001 to me for my 1998 income tax year.

3. As to any alleged underpayment of my 1998 tax liability created by the erroneous refund involved in this suit, the IRS did not send me any notice of deficiency under Internal Revenue Code ("Code") Section 6212 or any notices of assessment and demand for tax under Code Sections 6203 and 6303 nor did the IRS demand that I return the erroneous refund or file suit under Code Section 7405(b) for the return of the erroneous refund.

4. The IRS did not send me any notices of assessment under the Code regarding penalties and interest shown on Syverson Decl. Ex. 1 at 8-9.

5. Prior to September 3, 2002, I had contacted the IRS Memphis Service Center several times at the phone number set forth in the Notice of Intent to Levy and explained to the IRS that no tax was due as tax had already been assessed after a Tax Court decision was rendered and the tax had been fully paid by withholding tax. I demanded that levies cease and demanded the return of all monies previously levied. The IRS, however, stated they could do nothing to stop the levy unless I paid the full amount claimed. After receiving the Final Notice of Intent to Levy, I again contacted the IRS seeking to stop the levy and obtain the return of monies previously levied, but again the IRS refused to do so. Prior to submitting the letter of September 9, 2003, I again contacted the IRS and demanded that the levies be stopped and funds already taken from me be returned and the IRS told me to send to them at a fax number they gave me all of my documents supporting my assertion that all my 1998 taxes had been paid for reconsideration by the IRS.

6. On September 9, 2003, as instructed by the IRS, I faxed all of my supporting documents to the facsimile number given me by the IRS for the IRS to consider whether to withdraw the levies and return the monies previously levied. The September 9, 2003 facsimile was a demand to the IRS to cease its wrongful conduct in levying on my bank account and garnishing my wages and for the return of monies taken from me as a result of the IRS' unlawful activity.

7. I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 2, 2008, in Spring, Texas.

LAWRENCE D. PENNONI, Plaintiff