IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of eight (8) days, from July 7, 2008, to and including July 15, 2008, within which to file a reply to plaintiff's response to defendant's motion for summary judgment, a response to plaintiff's cross-motion for summary judgment, and a response to plaintiff's proposed findings of uncontroverted fact. This is the first enlargement of time defendant has requested for this purpose. Defendant's counsel consulted with plaintiff's counsel by telephone on July 2, 2008, and plaintiff's counsel stated that plaintiff has no objection to the requested enlargement.

As reason for its motion, defendant states that the undersigned trial attorney has been required to devote most of his time during the past two months to conducting fact discovery in a

complex tax shelter case currently pending in this Court, *Wells Fargo & Company and Subsidiaries v. United States*, No. 06-628T (Fed. Cl.), including a deposition taken by the undersigned trial attorney in New York City on June 27, 2008. At the time, defendant's counsel could not delay conducting this discovery because of a nearing deadline for completion of fact discovery, which plaintiff in that case refused to agree to extend, and which the Court extended only recently. In addition, the undersigned trial attorney has previously scheduled vacation plans centered around the July 4th holiday for which he has already purchased airline tickets, and, as a result, is presently scheduled to be on annual leave beginning July 3, 2008, and returning to the office on July 14, 2008. The eight-day period of enlargement requested herein is necessary to allow time for the undersigned trial attorney to finish drafting the pleadings described above, and for the undersigned trial attorney's reviewer to review and finalize these pleadings.

Respectfully submitted,

July 2, 2008

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

July 2, 2008

Of Counsel