# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: July 3, 2008)**

* * * * * * * * * * * * * * * * *

**LAWRENCE D. PENNONI,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed July 2, 2008, for an enlargement of time of eight days to file a reply to plaintiff's response to defendant's motion for summary judgment is **GRANTED**. Accordingly, defendant shall file its reply by **Tuesday, July 15, 2008**. Plaintiff's reply in support of its cross-motion for summary judgment in accordance with the Rules of the U.S. Court of Federal Claims.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge