

United States     Of America

Department of the Treasury
Internal Revenue Service

Date:   APR   1  2008

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of the taxpayer named therein in respect to the taxes specified, is a true and complete transcript for the period stated, of all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification consisting of 3 pages ─────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Denise Bradley for*

Kathleen Bushnell,
Field Director,
Submission Processing (Austin)

**GOVERNMENT EXHIBIT 11**

Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

LAWRENCE D PENNONI                        EIN/SSN:    ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                189,790.00

           TAXABLE INCOME
                179,084.00

05-12-2005 SUBSTITUTE FOR RETURN                          0.00       05-30-2005
           76210-365-17733-4

04-15-2001 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-2001

08-18-2001 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-2001

09-21-2004 SUBSEQUENT PAYMENT                             3,781.12
           MISCELLANEOUS PAYMENT

09-21-2004 OVERPAYMENT CREDIT                            (3,781.12)
           TRANSFERRED
           1040         200212

08-02-2005 STATUTORY NOTICE OF
           DEFICIENCY

11-21-2005 STATUTORY NOTICE OF
           DEFICIENCY CLOSED

09-21-2004 CREDIT TRANSFER REVERSED                       3,781.12
           1040         200212
           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

09-21-2004 OVERPAYMENT CREDIT                            (3,781.12)
           TRANSFERRED
           1040         200212

09-21-2004 CREDIT TRANSFER REVERSED                       3,781.12
           1040         200212
           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

FORM 4340    (REV. 01-2002)                 PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

LAWRENCE D PENNONI                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

01-31-2005  LEGAL SUIT PENDING

            ADDITIONAL TAX ASSESSED         49,264.00                   02-26-2007
            49254-438-06072-7  20070708

02-21-2007  RECEIVED POA/TIA

03-06-2008  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

10-14-2002  Taxpayer Deliquency Notice

12-09-2002  Taxpayer Deliquency Notice

02-26-2007  Statutory Notice of Balance Due

02-26-2007  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   PAGE     2
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

LAWRENCE D PENNONI                               EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2000
---------------------------------------------------------------------------------

BALANCE            45,482.88

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Denise Bradley

PRINT NAME: _____Denise Bradley_____
                  Accounting Operations Manager
TITLE: _____Submission Processing_____
                  Service Wide Delegation of Authority
DELEGATION ORDER: _Delegation Order 11-5_____

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 03/24/2008

FORM 4340   (REV. 01-2002)                      PAGE     3
```