IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-861 T
(Judge Firestone)

LAWRENCE D. PENNONI,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S ADDITIONAL PROPOSED FINDINGS OF UNCONTROVERTED FACT**

73. On September 21, 2004, a payment of $3,781.12 was credited to plaintiff's account for his 2000 individual income tax year. (Syverson Supplemental Decl. Ex. 1 at 2.)[1]

74. The payment described in the preceding paragraph was transferred to the account for plaintiff's 2002 individual income tax year on two occasions, but both of these transfers were reversed. (*Ibid.*)

75. Printed on the statutory notice of intent to levy described in paragraph 36 of Defendant's Proposed Findings of Uncontroverted Fact was the address reflecting that it

[1]The Syverson Supplemental Declaration is attached to Defendant's Reply to Plaintiff's Response to its Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment, filed with the Court on the same day as these Additional Proposed Findings.

originated from the IRS Austin Service Center. (Pennoni Decl. Ex. 3 at 2.)[2]

76. Printed on the final notice described in paragraph 38 of Defendant's Proposed Findings of Uncontroverted Fact was the address reflecting that it originated from the IRS Fresno Service Center. (Pennoni Decl. Ex. 4 at 2.)

77. On or about July 22, 2003, plaintiff received from the IRS a Notice of Levy on Wages, Salary, and Other Income ("notice of levy"). (Pennoni Decl. Ex. 6 at 2.)

78. Printed on the notice of levy described in the preceding paragraph was the address reflecting that it originated from the IRS Fresno Service Center. (*Ibid.*)

79. On or about July 22, 2003, plaintiff completed and returned to the IRS Fresno Service Center the bottom portion of the notice of levy described in paragraph 77 above, indicating that his filing status was "head of household," and that he had one dependent to be claimed as an exemption. (*Ibid.*)

[2]"Pennoni Decl." refers to the declaration of plaintiff, Lawrence D. Pennoni, attached to Plaintiff's Response in Opposition to the United States' Motion to Dismiss with Prejudice Plaintiff's Amended Complaint, filed with this Court on August 2, 2007.

Respectfully submitted,

July 15, 2008

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/ Mary M. Abate

July 15, 2008

Of Counsel