# In the United States Court of Federal Claims

**No. 06-861T**
**(Filed: July 31, 2008)**

* * * * * * * * * * * * * * * * *
*
**LAWRENCE D. PENNONI,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's unopposed motion, filed July 30, 2008, for a 21-day enlargement of time to file its reply in support of its cross-motion for summary judgment is **GRANTED**. Accordingly, plaintiff shall file its reply by **Friday, August 22, 2008**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge