BlueCross BlueShield of Texas
P.O. Box 660044
Dallas, Texas 75266-0044

*Explanation of Benefits (EOB).* **This is not a bill.**
**CONTINENTAL CASING**
08-14-03

LAWRENCE D PENNONI
17807 MANTANA
SPRING TX 77388-5047

Customer Service: 1-800-521-2227

Customer Service Hours
8:00 a.m. 8:00 p.m. C.S.T.
Visit our website at www.bcbstx.com

440
6066

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 319650443040X |
| Patient Name: | Lawrence Pennoni |

**Summary**

| | |
|---|---|
| Total Billed: | $1461.07 |
| **Total Benefits Approved:** | **$632.65** |
| Amount You May Owe Provider: | $15.00 |

paid by CC 07/08/03

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| [redacted] | | | | |
| Provider Patient Account No.: | PENLA000 | | | |
| Consultation | 07-08-03 | 256.20 | 76.18 (1) | 180.02 |
| Med/Surg Supplies | 07-08-03 | 13.12 | 13.12 (2) | 0.00 |
| Diag. Medical Exam | 07-08-03 | 108.15 | 61.53 (1) | 46.62 |
| Diag. Medical Exam | 07-08-03 | 108.15 | 61.53 (1) | 46.62 |
| Diag. Medical Exam | 07-08-03 | 108.15 | 61.53 (1) | 46.62 |
| Diag. Medical Exam | 07-08-03 | 108.15 | 61.53 (1) | 46.62 |
| Diag. Medical Exam | 07-08-03 | 109.20 | 69.26 (1) | 39.94 |
| Diag. Medical Exam | 07-08-03 | 109.20 | 69.26 (1) | 39.94 |
| Diag. Medical Exam | 07-08-03 | 109.20 | 69.26 (1) | 39.94 |
| Diag. Medical Exam | 07-08-03 | 109.20 | 69.26 (1) | 39.94 |
| Diag. Medical Exam | 07-08-03 | 322.35 | 200.96 (1) | 121.39 |
| **Totals** | | **$1461.07** | **$813.42** | **$647.65** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$1461.07** | **$813.42** | **$647.65** |
| **Deductions** | | | |

Pre-admit 12th Floor Ste. 1280 St. Lukes Medical Towers.

# PROCEDURAL CONSENT FORM

*State law requires physicians to inform patients of risks associated with your contemplated surgery or medical procedure. This form is simply a confirmation that we have given you sufficient information upon which to make a decision.*

I, Larry Pennoni, give my consent to the following procedures or treatments:

Anterior Cervical Decompression Fusion Bone Bank and Plating C3-4

To be performed by Ajay K. Bindal, M.D.

The nature of my illness/injury and purpose of these procedures have been explained to me. Risks of this procedure, including those related to anesthesia, include:

- ________Death
- ________Brain Damage
- ________Quadraplegia (Paralysis of all arms and legs)
- ________Paraplegia (Paralysis of both legs)
- ________Loss of Organ
- ________Loss of Arm or Leg
- ________Loss of function of Organ
- ________Loss of function of arm or leg
- ________Scars
- ________Stroke and/or paralysis
- ________Blindness and/or double vision
- ________Hemorrhage
- ________Infection
- ________CSF Leak
- ________Other complications of infrequent nature ________

**All of these are possible, however, unlikely.**

________Pain ________

Other: ________

These have been fully explained to me. I have been informed of reasonable alternate methods of treatment and the advisability of the recommended procedures/treatments. All questions I have asked have been answered to my satisfaction.

I recognize that the practice of medicine is not an exact science and that it is not reasonable to expect the physician to be able to anticipate or expalin all risks and complications of the procedures/treatments. I understand that no guarantees have been made to me about the results of any procedures/treatments.

Signature of Patient: [signature] Date: X 7-10-03

Signature of Relative (Where Required) ________ Date: ________

Signature of Representative (Where Required) ________ Date: ________

Witness: Tracy Vazquez Date: 7/10/03

Patient's Name: LARRY Pennoni

Social Security #: 376·68·3244

Date of Birth: 7/10/57

**PHYSICIAN ORDERS**

FROM THE OFFICE OF AJAY K. BINDAL, M.D., P.A. - (713) 752-0001

| NURSE NAME | DATE | HOUR | ORDERS |
|---|---|---|---|
| | | | **PRE-OPERATIVE LAB:** |
| | | | Labs per Anesthesia Protocol |
| | | | CBC, CHEM 7, PT/PTT, U/A, Type & Screen, Serum Pregnancy Screening |
| | | | CXR (PA/LAT) EKG Dilantin Level |
| | | | Other X-rays: |
| | | | NPO after midnight |
| | | | Ted Stockings to OR |
| | | | Ancef 1 gram IVPB on call to OR. |
| | | | (If patient is allergic to PCN and/or Cephalosporin, give Vancomycin 1 gram IVPB, instead.) |
| | | | CONSENT FOR: Anterior Cervical Decompression & Fusion C3-4 Bone Bank and Plating |
| | | | DIAGNOSIS: Cervical Stenosis C3-4 |
| | | | PHYSICIAN'S SIGNATURE DATE: |

ALLERGIES:

☐ Another brand of drug identical in form & content may be dispensed by the Hospital Pharmacy unless box is checked.

hm#(2)651-9232

# ADMISSION REQUEST

DOCTOR: AJAY K. BINDAL, M.D.

PATIENT: Harry Pennon

DOB: 7/10/57 SEX: M APPROX WT: 180

PATIENT PHONE #: (H) (2)376-9600 or 832/212-4855 (W)

HOSPITAL SLEH ADM DATE 7/16/03 SURGERY DATE

DIAGNOSIS Cervical Stenosis C3-4

E OP TESTING: DATE OF TEST:

MRI ANGIOGRAM CT EMBOLIZATION STEALTH SSEP

OTHER:

**SURGERY:**

PROCEDURE: ACDF C3-4 Bone Bank plating

LENGTH OF CASE: 2

SIDE OF BODY: RIGHT LEFT

CRANIAL: FRONTAL PARIETAL OCCIPITAL POST FOSSA TRANSEPHENOIDAL

POSITION: LATERAL OBLIQUE ANDREWS FRAME / WILSON FRAME

SPECIAL POSITION:

SPECIAL EQUIPMENT: MRD MICRO C-ARM ULTRASOUND

KTP LASER YAG LASER ULTRASONIC ASPIRATOR (SELECTOR)

MONITORING: ANGIO EVOKED POTENTIAL SSEP OTHER: Synthes

OTHER MD INVOLVED:

STARTING MD: NOTIFIED:

ANESTHESIA: GENERAL LOCAL MAC BIER BLOCK

MEDICAL CLEARANCE: DR. PH #

SPECIAL REQUESTS:

# PROCEDURAL CONSENT FORM

*State law requires physicians to inform patients of risks associated with your contemplated surgery or medical procedure. This form is simply a confirmation that we have given you sufficient information upon which to make a decision.*

I, LARRY PENNONI, give my consent to the following procedures or treatments:

ANTERIOR CERVICAL DECOMPRESSION FUSION
BONE BANK AND PLATING C3-4

To be performed by Ajay K. Bindal, M.D.

The nature of my illness/injury and purpose of these procedures have been explained to me. Risks of this procedure, including those related to anesthesia, include:

- ______Death
- ______Brain Damage
- ______Quadraplegia (Paralysis of all arms and legs)
- ______Paraplegia (Paralysis of both legs)
- ______Loss of Organ
- ______Loss of Arm or Leg
- ______Loss of function of Organ
- ______Loss of function of arm or leg
- ______Scars
- ______Stroke and/or paralysis
- ______Blindness and/or double vision
- ______Hemorrhage
- ______Infection
- ______CSF Leak
- ______Other complications of infrequent nature ______

All of these are possible, however, unlikely.

______Pain ______

Other: ______

These have been fully explained to me. I have been informed of reasonable alternate methods of treatment and the advisability of the recommended procedures/treatments. All questions I have asked have been answered to my satisfaction.

I recognize that the practice of medicine is not an exact science and that it is not reasonable to expect the physician to be able to anticipate or expalin all risks and complications of the procedures/treatments. I understand that no guarantees have been made to me about the results of any procedures/treatments.

Signature of Patient: X [illegible] Date: X 7-10-03

Signature of Relative (Where Required) ______ Date: ______

Signature of Representative (Where Required) ______ Date: ______

Witness: [illegible] Date: 7/10/03

ST. LUKE'S
Episcopal
Health System

P.O. Box 297489
Houston, Tx. 77297-0489
713-791-3081

# CASH RECEIPT

| | |
|---|---|
| PATIENT NAME | LAWRENCE D PENNONI |
| TRANS CODE | P0024 MASTERCARD/VISA PAYMEN |
| ACCOUNT NUMBER | 03191-00338 |
| GUARANTOR NAME | LAWRENCE D PENNONI |
| DATE | 07/10/03 |
| RECEIVED BY | VLS |
| RECEIPT NUMBER | 12 |
| AMOUNT OF PAYMENT | $500.00 |
| TOTAL ACCOUNT BALANCE | |

IN-Network Deductible.

BlueCross BlueShield
of Texas

7/15/2003

LAWRENCE PENNONI
17807 MANTANA DR
SPRING, TX 77388

Certificate #: 376683244
Member I.D.#:
Group I.D.#: 083982
Patient's D.O.B.: 7/10/1957
CONTINENTAL CASING
Transaction #: FMQ4J3-01

Dear Member :

The following inpatient admission has been precertified as described below.

Patient : LAWRENCE PENNONI
Date of Admission : 7/16/2003
Physician : AJAY BINDAL MD 00U50D
Facility : ST LUKES EPISCOPAL HOSPITAL
Days Certified : 001
(includes 0 pre-operative day(s)

The attending physician must contact us if any of the following occur :

* the patient is admitted 60 days after the proposed admission date indicated in this letter;
* the patient's attending physician is not the physician listed above;
* the patient is admitted or transferred to a different hospital or facility than the one listed above;
* the patient's treatment requires more days than the number certified above;
* the patient's treatment is for a different condition than originally reported;
* a different procedure will be performed than originally reported; or
* the patient is transferred to a specialty unit, i.e. Burn, Rehabilitation, Transplant, Neonatal, Psychiatric, Chemical Dependency.

Please note that the approval is for the requested service only and does not address the network status of the physician or facility. The patient may elect to receive the requested services from an out of network physician or facility in which case the out of network level of benefits will apply. A referral may be requested to apply the network level of benefits to the services of an out of network physician or facility. Upon such request, a determination will be made based on the requirements of the patients benefit plan.

Please contact us for questions related to this review. This same information has also been sent to the physician and hospital.

PLEASE REFER TO THE BACK OF THIS LETTER FOR IMPORTANT ADDITIONAL INFORMATION.

Thank you for your cooperation.

UM Utilization Management Department

Tollfree 1-800-441-9188 Local 972-783-4475
Tollfree Fax 1-800-252-8815 Local Fax 972-766-6762

Blue Cross and Blue Shield of Texas
Attn: Utilization Management
P O Box 833874
Richardson, TX 75083-3874

5020

219-01

ST. LUKE'S EPISCOPAL HEALTH SYSTEM

*DT0013*

# DISCHARGE INFORMATION & INSTRUCTIONS

ADDRESSOGRAPH

**PLEASE FOLLOW SPECIFIC PHYSICIAN INSTRUCTIONS.** *If you have any concerns following discharge, please call your physician.*

Physician: Ajay Bindal Phone: 713-752-0001 Specialty: Neurosurgery

Physician: ____ Phone: ____ Speciality: ____

Physician: ____ Phone: ____ Speciality: ____

**PRINTED INSTRUCTIONS ATTACHED:** [X] YES ❍ N/A

Name of Printed Instructions Cervical Laminectomy

Name of Printed Instructions ____

Name of Printed Instructions ____

Name of Printed Instructions ____

**SPECIAL DIETARY INSTRUCTIONS PROVIDED:** ❍ YES [X] N/A

***St. Luke's Episcopal Hospital Nutrition Services: (713) 791-2013***

**SKIN/WOUND/DRESSING INSTRUCTIONS:** ❍ YES [X] N/A

*Describe:* ____

**IV SITE ACCESS PRINTED INSTRUCTIONS GIVEN:** [X] YES ❍ N/A

**LONG - TERM IV ACCESS PRINTED INSTRUCTIONS GIVEN:** ❍ YES [X] N/A

**PAIN MANAGEMENT INSTRUCTIONS:** ❍ YES [X] N/A

Take prescribed pain medication as order: ____

Other comfort measures: ____

**PRESCRIPTIONS:** [X] YES ❍ N/A

*Please read and follow instructions provided by the pharmacist upon filling your prescription. Any questions seek advice from your physician listed above. Thank you.*

Lortabs, Skelaxin, Colace

**EQUIPMENT/SUPPLIES GIVEN:** ❍ YES [X] N/A

White Copy - Patient Copy Yellow Copy - Chart Copy

*DT0013*

ADDRESSOGRAPH

**EQUIPMENT/SUPPLIES TO BE DELIVERED:** ❍ YES ☒ N/A

Name of Company: ______ Phone Number: ______

Contact Name: ______

List of Equipment / Supplies: ______

**Address equipment will be delivered to:** ______

**Phone number where patient can be reached:** ______

*Call the equipment company at once if an item is missing or has not been delivered by:* ______

**HOME HEALTH REFERRAL:** ❍ YES ☒ N/A

Name of Agency: ______ Phone Number: ______

Contact Name: ______

Nature of Referral: ❍ RN Visit ❍ Physical Therapist ❍ IV Therapy ❍ Social Worker ❍ Other ______

*If the home health agency listed above has not been to see you after ______ hours or if you are unable to reach the home health agency listed above by phone, call the St. Luke's Page Operator (713-791-4146) and have the Social Worker on-call paged to assist you.*

Case Manager: ______ Unit Number: (713) ______

**SOCIAL SERVICES:** ❍ YES ☒ N/A

Nature of Referral: ❍ Community Resource(s) ❍ Support Group(s) ❍ Other

Social Worker: ______ Unit Number: (713) ______

*****IMPORTANT*****

**GENERAL INSTRUCTIONS:** *Always notify your physician for fever, pain, or swelling that was not present at the time of discharge from St. Luke's. Read and follow your printed instructions from the physician, dietician, therapist or nurse. Follow instructions from your pharmacist regarding the prescriptions you were sent home with. Notify your physician if side effects such as nausea & vomiting keep you from taking your prescribed medications.*

**YOUR SPECIAL INSTRUCTIONS:**

Call DOCTOR's Office for Follow up appointment in 3 weeks

X [signature] 7/17/03 Judith Ryan RN

Patient / Family / Significant Other Signature — Date — Discharge RN Signature

Print RN Name: Judith Ryan RN Unit Phone #: ~~(713)~~ 832-353-4224

White Copy - Patient Copy Yellow Copy - Chart Copy

ST. LUKE'S EPISCOPAL HOSPITAL
P. O. BOX 297489
HOUSTON, TX 77297-0489

ST. LUKE'S EPISCOPAL HOSPITAL

5691

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD ☐ DISCOVER ☐ VISA ☐ AMERICAN EXPRESS

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| SUMMARY DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 07/23/03 | 0.00 | 03191-00338 |

PAGE: 1 of 1

SHOW AMOUNT PAID HERE $

ADDRESSEE:

LAWRENCE D PENNONI
17807 MANTANA DR
SPRING, TX 77388-5047

REMIT TO:

ST. LUKE'S EPISCOPAL HOSPITAL
P.O. BOX 297489
HOUSTON, TX 77297-0489

# SUMMARY BILL

951030 (02/03)

| PATIENT NAME | ACCOUNT NUMBER | ADMIT. DATE | DISCH. DATE |
|---|---|---|---|
| PENNONI,LAWRENCE D | 03191-00338 | 07/16/03 | 07/17/03 |

| DATE | DESCRIPTION OF SERVICE | | AMOUNT |
|---|---|---|---|
| | 120 | RM + BD - SEMI-PRIVATE | 745.00 |
| | 250 | PHARMACY | 693.10 |
| | 270 | MED-SURG SUPPLIES | 3,493.50 |
| | 320 | RADIOLOGY-DIAGNOSTIC | 580.00 |
| | 360 | OR SERVICES | 5,975.00 |
| | 370 | ANESTHESIA | 557.75 |
| | 710 | RECOVERY ROOM | 656.00 |
| | 740 | EEG | 813.00 |
| | 920 | OTHER DIAGNOSTIC SERVICES | 1,252.00 |
| | | TOTAL CHARGES | 14,765.35 |
| 07/10 | | MASTERCARD/VISA PAYMENT | 500.00CR |
| | | TOTAL PAYMENTS/ADJUSTMENTS | 500.00CR |

Thank you for choosing St. Luke's. The insurance company(s) listed below have been billed for services provided to you. You will be notified at a later date of any amount not covered by your insurance. Please contact our office with any questions that you may have at 832-355-3081 or 800-854-5455 between 8:00 am and 4:30 pm Monday through Friday.

| DOCTOR | INSURANCE CO. | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| AJAY K BINDAL | 400003 BCBS POS/PPO/EPO-BLUCH | 083982 | ZGP376683244 |

ACCOUNT BALANCE
14,265.35

All inquiries write:
St. Luke's Episcopal Hospital • P.O. Box 20805 • Houston, Texas 77225-0805
Call 832-355-3081 or 1-800-854-5455

5691*10A0GRY14000200

SUMMARY

ST. LUKE'S EPISCOPAL HOSPITAL
P. O. BOX 297489
HOUSTON, TX 77297-0489

5691

| STATEMENT DATE |
|---|
| 08/22/03 |
| GUARANTOR NAME |
| LAWRENCE D PENN |
| GUARANTOR NUMBER |
| 01574805 |

**THIS IS NOT A BILL**

ADDRESSEE:

LAWRENCE D PENNONI
17807 MANTANA DR
SPRING, TX 77388-5047

ST. LUKE'S EPISCOPAL HOSPITAL
P.O. BOX 297489
HOUSTON, TX 77297-0489

PAGE: 1

| ACCOUNT NUMBER | PATIENT NAME | ADMIT. DATE | DISCH. DATE |
|---|---|---|---|

We have filed a claim with your insurance carrier for the services provided to you at St. Luke's Episcopal Hospital, for the account(s) listed below. You will be notified at a later time of any amounts not covered. If you have any questions, please contact our Patient Financial Services Department at 832-355-3081 or 800-854-5455 between 8:00am and 4:30 pm, Monday through Friday.

| | | | |
|---|---|---|---|
| 0319100338 | LAWRENCE D PENNONI | 07/16/03 | 07/17/03 |
| | Account Balance | | 10,568.01 |

All inquiries write:
St. Luke's Episcopal Hospital • P.O. Box 20805 • Houston, Texas 77225-0805
Call 713-791-3081 or 1-800-854-5455

5691*1140IPYZR000108

BlueCross BlueShield of Texas
P.O. Box 660044
Dallas, Texas 75266-0044

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 320950946720X |
| Patient Name: | Lawrence D Pennoni |

**Summary**

| | |
|---|---|
| Total Billed: | $14765.35 |
| **Total Benefits Approved:** | **$9961.26** |
| Amount You May Owe Provider: | $1106.75 |

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| [redacted] | | | | |
| Provider Patient Account No.: 0319100338 | | | | |
| Rm Two Beds Or More | 07-16-03 to 07-17-03 | 745.00 | 186.60 (1) | 558.40 |
| Drugs | 07-16-03 to 07-17-03 | 13.00 | 3.26 (1) | 9.74 |
| Drugs | 07-16-03 to 07-17-03 | 602.00 | 150.82 (1) | 451.18 |
| Drugs | 07-16-03 to 07-17-03 | 42.50 | 10.65 (1) | 31.85 |
| Drugs | 07-16-03 to 07-17-03 | 35.60 | 8.92 (1) | 26.68 |
| Med/Surg Supplies | 07-16-03 to 07-17-03 | 189.75 | 47.54 (1) | 142.21 |
| Med/Surg Supplies | 07-16-03 to 07-17-03 | 3303.75 | 825.94 (1) | 2477.81 |
| X-Ray Services | 07-16-03 to 07-17-03 | 580.00 | 145.31 (1) | 434.69 |
| Operating Room | 07-16-03 to 07-17-03 | 5975.00 | 1496.88 (1) | 4478.12 |
| Anesthesia Supplies | 07-16-03 to 07-17-03 | 557.75 | 139.73 (1) | 418.02 |
| Recovery Room | 07-16-03 to 07-17-03 | 656.00 | 164.35 (1) | 491.65 |
| Diag. Medical Exam | 07-16-03 to 07-17-03 | 813.00 | 203.68 (1) | 609.32 |
| Diag. Medical Exam | 07-16-03 to 07-17-03 | 1252.00 | 313.66 (1) | 938.34 |
| **Totals** | | **$14765.35** | **$3697.34** | **$11068.01** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$14765.35** | **$3697.34** | **$11068.01** |
| **Deductions** | | | |
| Your Coinsurance Amount | | 1106.75 | |
| **Total Deductions** | | | **-$1106.75** |
| **Total Benefits Approved** | | | **$9961.26** |
| **Amount You May Owe Provider** | | | **$1106.75** |

Total covered benefits approved for this claim: $9,961.26 to ST LUKES EPISCOPAL HOSPITAL on 08-15-03.

pd $606.75 by CC on 9-9-03

Max = 1,500

*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*

(turn over)

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 321050448330X |
| Patient Name: | Lawrence Pennoni |

**Summary**

| | |
|---|---|
| Total Billed: | $5239.00 |
| **Total Benefits Approved:** | **$974.94** |
| Amount You May Owe Provider: | $0.00 |

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | | Covered |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Provider Patient Account No.: PENLA000 | | | | | |
| Surgical Assistant | 07-16-03 | 2032.00 | 1618.21 | (1) | 413.79 |
| Surgical Assistant | 07-16-03 | 1276.00 | 941.79 | (1) | 334.21 |
| Surgical Assistant | 07-16-03 | 1240.00 | 1043.06 | (1) | 196.94 |
| Surgical Assistant | 07-16-03 | 130.00 | 100.00 | (1) | 30.00 |
| Surgical Assistant | 07-16-03 | 561.00 | 561.00 | (3) | 0.00 |
| **Totals** | | **$5239.00** | **$4264.06** | | **$974.94** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$5239.00** | **$4264.06** | **$974.94** |
| **Total Benefits Approved** | | | **$974.94** |
| **Amount You May Owe Provider** | | | **$0.00** |

Total covered benefits approved for this claim: $974.94 to AJAY K BINDAL MDPA on 08-15-03.

*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*



48,790 TX2573

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 320950381660X |
| Patient Name: | Lawrence Pennoni |

COPY

**Summary**

| | |
|---|---|
| Total Billed: | $24389.00 |
| **Total Benefits Approved:** | **$4819.60** |
| Amount You May Owe Provider: | $336.98 |

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| [redacted] | | | | |
| Provider Patient Account No.: PENLA000 | | | | |
| Surgery | 07-16-03 | 8128.00 | 6059.05 (1) | 2068.95 |
| Surgery | 07-16-03 | 8128.00 | 6456.93 (1) | 1671.07 |
| Surgery | 07-16-03 | 4958.00 | 3973.32 (1) | 984.68 |
| Surgery | 07-16-03 | 2245.00 | 1963.10 (1) | 281.90 |
| Surgery | 07-16-03 | 518.00 | 368.02 (1) | 149.98 |
| Medical Visit | 07-16-03 | 412.00 | 412.00 (2) | 0.00 |
| **Totals** | | **$24389.00** | **$19232.42** | **$5156.58** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$24389.00** | **$19232.42** | **$5156.58** |
| **Deductions** | | | |
| Your Coinsurance Amount | | 336.98 | |
| **Total Deductions** | | | **-$336.98** |
| **Total Benefits Approved** | | | **$4819.60** |
| **Amount You May Owe Provider** | | | **$336.98** |

Total covered benefits approved for this claim: $4,819.60 to AJAY K BINDAL MDPA on 08-15-03.



*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 321050448330X |
| Patient Name: | Lawrence Pennoni |

COPY

**Summary**

| | |
|---|---|
| Total Billed: | $5239.00 |
| **Total Benefits Approved:** | **$974.94** |
| Amount You May Owe Provider: | $0.00 |

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| [redacted] | | | | |
| Provider Patient Account No.: PENLA000 | | | | |
| Surgical Assistant | 07-16-03 | 2032.00 | 1618.21 (1) | 413.79 |
| Surgical Assistant | 07-16-03 | 1276.00 | 941.79 (1) | 334.21 |
| Surgical Assistant | 07-16-03 | 1240.00 | 1043.06 (1) | 196.94 |
| Surgical Assistant | 07-16-03 | 130.00 | 100.00 (1) | 30.00 |
| Surgical Assistant | 07-16-03 | 561.00 | 561.00 (3) | 0.00 |
| **Totals** | | **$5239.00** | **$4264.06** | **$974.94** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$5239.00** | **$4264.06** | **$974.94** |
| **Total Benefits Approved** | | | **$974.94** |
| **Amount You May Owe Provider** | | | **$0.00** |

Total covered benefits approved for this claim: $974.94 to AJAY K BINDAL MDPA on 08-15-03.

Dana Said
to wait for
Statement
from Dr.

*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*

**BlueCross BlueShield of Texas**
P.O. Box 660044
Dallas, Texas 75266-0044

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 320550368460X |
| Patient Name: | Lawrence D Pennoni |

**Summary**

| | |
|---|---|
| Total Billed: | $180.00 |
| **Total Benefits Approved:** | **$39.91** |
| Amount You May Owe Provider: | $4.43 |

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| [redacted] | | | | |
| Provider Patient Account No.: 168011 | | | | |
| X-Ray Services | 07-16-03 | 142.00 | 97.66 (1) | 44.34 |
| X-Ray Services | 07-16-03 | 38.00 | 38.00 (2) | 0.00 |
| **Totals** | | **$180.00** | **$135.66** | **$44.34** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$180.00** | **$135.66** | **$44.34** |
| **Deductions** | | | |
| Your 10% Coinsurance Amount | | 4.43 | |
| **Total Deductions** | | | -$4.43 |
| **Total Benefits Approved** | | | **$39.91** |
| **Amount You May Owe Provider** | | | **$4.43** |

Total covered benefits approved for this claim: $39.91 to SINGLETON ASSOC on 08-15-03.

**Claim Information**

| | |
|---|---|
| Member Name: | Lawrence D Pennoni |
| **Group No.:** | **83982** |
| **Identification No.:** | **ZGP376683244** |
| Claim No.: | 320950381660X |
| Patient Name: | Lawrence Pennoni |

**Summary**

| | |
|---|---|
| Total Billed: | $24389.00 |
| **Total Benefits Approved:** | **$4819.60** |
| Amount You May Owe Provider: | $336.98 |

The following shows how this claim was processed.

**Service Information**

| Service Description | Service Date | Amount Billed | Not Covered | | Covered |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Provider Patient Account No.: | PENLA000 | | | | |
| Surgery | 07-16-03 | 8128.00 | 6059.05 | (1) | 2068.95 |
| Surgery | 07-16-03 | 8128.00 | 6456.93 | (1) | 1671.07 |
| Surgery | 07-16-03 | 4958.00 | 3973.32 | (1) | 984.68 |
| Surgery | 07-16-03 | 2245.00 | 1963.10 | (1) | 281.90 |
| Surgery | 07-16-03 | 518.00 | 368.02 | (1) | 149.98 |
| Medical Visit | 07-16-03 | 412.00 | 412.00 | (2) | 0.00 |
| **Totals** | | **$24389.00** | **$19232.42** | | **$5156.58** |

**Coverage Information**

| | | | |
|---|---|---|---|
| **Totals** | **$24389.00** | **$19232.42** | **$5156.58** |
| **Deductions** | | | |
| Your Coinsurance Amount | | 336.98 | |
| **Total Deductions** | | | -$336.98 |
| **Total Benefits Approved** | | | **$4819.60** |
| **Amount You May Owe Provider** | | | **$336.98** |

Total covered benefits approved for this claim: $4,819.60 to AJAY K BINDAL MDPA on 08-15-03.

*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*



48,788 TX2573

GHA GREATER HOUSTON ANESTHESIOLOGY
PO BOX 540008
HOUSTON, TX 77254-0008

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD ☐ DISCOVER ☐ VISA ☐ AMERICAN EXPRESS

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 08-27-03 | 536.84 | 467238*1 |

LOCAL CALLS: 713-620-4040

OUTSIDE HOUSTON METRO AREA: 866-556-4004

PAGE: 1

SHOW AMOUNT PAID HERE $

ADDRESSEE:

LAWRENCE D. PENNONI
17807 MANTANA DR
SPRING, TX 77388-5047

REMIT TO:

GREATER HOUSTON ANESTHESIOLOGY
P.O. BOX 200535
HOUSTON, TX 77216-0535

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

500005

| DATE | DOCTOR | TRAN CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07-16-2003 | DENFIELD M.D., GE | 63075 | DISECTOMY ANTERIOR CERVICAL SI | 1377.00 |
| 08-21-2003 | DENFIELD M.D., GE | BCP | BLUE CROSS/BLUE SHIELD PAYMENT | -331.56 |
| 08-21-2003 | DENFIELD M.D., GE | BCDW | BC/BS SYSTEM DISALLOWANCE | -508.60 |
| | | | AMOUNT APPLIED TO DEDUCTIBLE | -536.84 |

| OVER 30 | OVER 60 | OVER 90 | CREDITS | CURRENT | INSURANCE | PATIENT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 536.84 | 0.00 | | 536.84 |

PATIENT NUMBER
467238*1

76-0482007

6905-4892*1180JHQLP000045